**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Bruce<br>First name<br><br>Steven<br>Middle name<br><br>Frank<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7594 | |

Debtor 1    **Bruce Steven Frank**                                        Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years | ■ I have not used any business name or EINs. | ☐ I have not used any business name or EINs. |
| Include trade names and *doing business as* names | Business name(s) | Business name(s) |
| | EINs | EINs |

**5.  Where you live**

About Debtor 1:

**392 Eagle Dr**
**Jupiter, FL 33477-4066**
Number, Street, City, State & ZIP Code

**Palm Beach**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

About Debtor 2 (Spouse Only in a Joint Case):

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1    **Bruce Steven Frank**                                          Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
☑ Yes.

| Debtor | **Frank Entertainment Companies, LLC** | Relationship to you | **member** |
|---|---|---|---|
| District | **Southern District of Florida** | When **8/17/18** | Case number, if known **18-20023-EPK** |
| Debtor | **See Attachment** | Relationship to you | |
| District | | When | Case number, if known |

**11. Do you rent your residence?**

☑ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Bruce Steven Frank**                                      Case number *(if known)*

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ **No.**    I am not filing under Chapter 11.

■ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**    What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Bruce Steven Frank**

Case number *(if known)*

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Bruce Steven Frank**

Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Bruce Steven Frank**

| **Bruce Steven Frank** | |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |

Executed on   **April 26, 2019**       Executed on _____

MM / DD / YYYY                 MM / DD / YYYY

Debtor 1   **Bruce Steven Frank** _____        Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Zach B. Shelomith** | Date | **April 26, 2019** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Zach B. Shelomith 0122548**
Printed name

**Leiderman Shelomith Alexander + Somodevilla, PLLC**
Firm name

**2699 Stirling Rd # C401**
**Fort Lauderdale, FL 33312**
Number, Street, City, State & ZIP Code

Contact phone    **(954) 920-5355**          Email address      **zbs@lsaslaw.com**

**0122548 FL**
Bar number & State

---

Debtor 1    **Bruce Steven Frank** _____    Case number *(if known)* _____

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Bruce Steven Frank** |
|---|---|
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

# FORM 101. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Frank Entertainment Companies, LLC** | | | Relationship to you | **member** |
|---|---|---|---|---|---|
| District | **Southern District of Florida** | When | **8/17/18** | Case number, if known | **18-20023-EPK** |
| Debtor | **Frank Investments, Inc.** | | | Relationship to you | **shareholder** |
| District | **Southern District of Florida** | When | **8/17/18** | Case number, if known | **18-20019-EPK** |
| Debtor | **Frank Investments, Inc.** | | | Relationship to you | **shareholder** |
| District | **Southern District of Florida** | When | **1/31/19** | Case number, if known | **19-11454-EPK** |
| Debtor | **Frank Theatres Management, LLC** | | | Relationship to you | **member** |
| District | **Southern District of Florida** | When | **8/17/18** | Case number, if known | **18-20022-EPK** |
| Debtor | **Rio Mall, LLC** | | | Relationship to you | **member** |
| District | **Southern District of Florida** | When | **6/28/18** | Case number, if known | **18-17840-EPK** |

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 8

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bruce Steven Frank** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  |  | **Unsecured claim** |
|---|---|---|

**1**

**35 Oak US 5, Inc.**
48 E Flagler St PH # 104
Miami, FL 33131

_____

_____
Contact
_____
Contact phone

What is the nature of the claim?    **unpaid Final Judgment After Default**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

$ **$336,000.00**

_____

---

**2**

**Ajax Metal Building Master Tenant LP**
114 Chestnut St
5th Floor
Philadelphia, PA 19106

_____

What is the nature of the claim?    **unpaid Notice of Judgment**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

$ **$1,000,116.74**

_____

B104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1 **Bruce Steven Frank**                                    Case number *(if known)*

Contact _____                ☐ Yes. Total claim (secured and unsecured)    $ _____
Contact phone _____                     Value of security:                          - $ _____
                                                                  Unsecured claim                          $ _____

---

**3**

Brixmor Victory Square, LLC
450 Lexington Ave
13th Floor
New York, NY 10017

**What is the nature of the claim?**    **personal guaranty of lease in which Frank Theatres Victory, LLC is the principal debtor**    $ **168,287.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
Contact _____                ☐ Yes. Total claim (secured and unsecured)    $ _____
Contact phone _____                     Value of security:                          - $ _____
                                                                  Unsecured claim                          $ _____

---

**4**

Centennial Bank
719 Harkrider St
POB 966
Conway, AR 72032

**What is the nature of the claim?**    **personal guaranty of loan in which Frank Investments, Inc. is the principal debtor**    $ **2,101,175.58**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
Contact _____                ☐ Yes. Total claim (secured and unsecured)    $ _____
Contact phone _____                     Value of security:                          - $ _____
                                                                  Unsecured claim                          $ _____

---

**5**

Core Equity II, L.P.
114 Chestnut St
5th Floor
Philadelphia, PA 19106

**What is the nature of the claim?**    **personal guaranty of lease in which Revolutions at Penn Treaty, LLC is the principal debtor**    $ **1,463,222.30**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
Contact _____                ☐ Yes. Total claim (secured and unsecured)    $ _____

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 **Bruce Steven Frank** | Case number *(if known)* |

Contact phone _____

Value of security: - $ _____
Unsecured claim $ _____

---

| 6 | | | |
|---|---|---|---|
| | **Department of the Treasury Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346** | What is the nature of the claim? | **Proposed Employer Shared Responsibility Payment** | $ **$311,580.00** |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____
Contact phone _____

---

| 7 | | | |
|---|---|---|---|
| | **Destiny USA Holdings, LLC 4 Clinton Square Syracuse, NY 13202-1078** | What is the nature of the claim? | **unpaid Statement for Judgment** | $ **$390,000.00** |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____
Contact phone _____

---

| 8 | | | |
|---|---|---|---|
| | **Investors Bank 101 JFK Pkwy Short Hills, NJ 07078** | What is the nature of the claim? | **personal guaranty of loan in which Rio Mall, LLC is the principal debtor** | $ **$9,800,000.00** |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____
Contact phone _____

---

| 9 | | | |
|---|---|---|---|
| | | What is the nature of the claim? | **unpaid Consent Judgment** | $ **$3,119,500.44** |

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Bruce Steven Frank**                                    Case number *(if known)*

**Investors Bank**
**101 JFK Pkwy**
**Short Hills, NJ 07078**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
   Value of security:                      - $ _____
   Unsecured claim                             $ _____

Contact

Contact phone

---

| 10 | | What is the nature of the claim? | **alleged personal guaranty of lease in which Frank Theatres Kingsport, LLC is the principal debtor** | $ **$1,886,366.28** |

**Kingsport Mall, LLC**
**c/o R. Lee McVey II, Esq.**
**108 E Main St # 208**
**Kingsport, TN 37660**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
   Value of security:                      - $ _____
   Unsecured claim                             $ _____

Contact

Contact phone

---

| 11 | | What is the nature of the claim? | **392 Eagle Dr Jupiter, FL 33477-4066  Palm Beach County (Homestead Real Property) (The value listed is the 2018 market value listed on the Palm Beach** | $ **$1,090,012.16** |

**Larsen Capital, LLC**
**638 E Atlantic Ave**
**Delray Beach, FL 33483**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)        $ **$1,300,000.00**
   Value of security:                      - $ **$3,869,767.00**
   Unsecured claim                             $ **$1,090,012.16**

Contact

Contact phone

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Bruce Steven Frank** _____    Case number *(if known)* _____

---

**12**

**Murrells Retail Associates, LLC**
**c/o Parker Poe Adams &**
**Bernstein, LLP**
**200 Meeting St # 300**
**Charleston, SC 29401**

_____

_____
Contact

_____
Contact phone

What is the nature of the claim?    **unpaid Order of**    $ **$21,824,689.74**
**Judgment**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?
■    No
☐    Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

---

**13**

**National Commercial Builders,**
**Inc.**
**10555 Rene St**
**Lenexa, KS 66215**

_____

_____
Contact

_____
Contact phone

What is the nature of the claim?    **personal guaranty of**    $ **$817,838.38**
**business debt in**
**which Rio Mall, LLC is**
**the principal debtor**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?
■    No
☐    Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

---

**14**

**No S Properties, LLC**
**135 Corporate Centre Dr # 550**
**Scott Depot, WV 25560**

_____

_____
Contact

_____
Contact phone

What is the nature of the claim?    **personal guaranty of**    $ **$269,039.59**
**business debt in**
**which Frank Theatres**
**Teays Valley, LLC is**
**the principal debtor**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?
■    No
☐    Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

---

**15**

**Professional Bank**

What is the nature of the claim?    **unpaid mortgage on**    $ **$319,837.21**
**real property owned**
**by Debtor's wife**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Bruce Steven Frank** | Case number *(if known)* | |

**396 Alhambra Cir # 255**
**Coral Gables, FL 33134**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security:                  - $ _____
  - Unsecured claim                      $ _____

Contact

Contact phone

---

**16**

**State of New Jersey**
**Department of the Treasury**
**Division of Taxation/Bankruptcy**
**Section**
**POB 245**
**Trenton, NJ 08695-0245**

What is the nature of the claim?    **unpaid state income tax, penalties and interest**    $ **$265,247.19**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security:                  - $ _____
  - Unsecured claim                      $ _____

Contact

Contact phone

---

**17**

**Suntrust Bank Atlanta**
**Attn: Bankruptcy**
**Mail Code VA-RVW-6290**
**POB 85092**
**Richmond, VA 23286**

What is the nature of the claim?    **unpaid installment agreement**    $ **$145,160.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security:                  - $ _____
  - Unsecured claim                      $ _____

Contact

Contact phone

---

**18**

**Surrey Bank & Trust**
**Attn: Peter A. Pequeno, SVP**
**145 N Renfro St**
**Mount Airy, NC 27030**

What is the nature of the claim?    **personal guaranty of loans in which All Star Development of Conway, LLC is the principal debtor**    $ **$3,289,018.51**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Bruce Steven Frank**                                          Case number *(if known)* _____

■

_____

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)      $ _____

_____                                  Value of security:           - $ _____

Contact                                                        Unsecured claim         $ _____

_____
Contact phone

---

| **19** | | What is the nature of the claim? | **personal guaranty of loan in which Frank Theatres Inlet Square, LLC is the principal debtor** | $ **$1,031,829.00** |

**Surrey Bank & Trust**
**Attn: Peter A. Pequeno, SVP**
**145 N Renfro St**
**Mount Airy, NC 27030**

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

_____

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)      $ _____

Contact                                                        Value of security:           - $ _____

_____                                  Unsecured claim         $ _____
Contact phone

---

| **20** | | What is the nature of the claim? | **unpaid Confession of Judgment** | $ **$2,671,408.34** |

**United Bank of Philadelphia**
**30 S 15 St # 1200**
**Philadelphia, PA 19102**

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

_____

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)      $ _____

Contact                                                        Value of security:           - $ _____

_____                                  Unsecured claim         $ _____
Contact phone

---

**Part 2:**    **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X   **/s/ Bruce Steven Frank**                                      X   _____
_____
**Bruce Steven Frank**                                                  Signature of Debtor 2
Signature of Debtor 1


Date    **April 26, 2019**                                          Date    _____

---

B 104 (Official Form 104)            For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims            Page 7

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bruce Steven Frank** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $  1,934,883.50 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | $  291,777.63 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................. | $  2,226,661.13 |

### Part 2:  Summarize Your Liabilities

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $  24,375,375.47 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $  603,942.94 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $  51,356,360.25 |

| | |
|---|---|
| **Your total liabilities** | $  76,335,678.66 |

### Part 3:  Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $  50,000.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*....................................................................... | $  44,300.15 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Bruce Steven Frank**                                      Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 603,942.94 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 603,942.94 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Bruce Steven Frank** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

**1.1**

**392 Eagle Dr**
Street address, if available, or other description

**Jupiter        FL        33477-4066**
City        State        ZIP Code

**Palm Beach**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**(Homestead Real Property)**
**(The value listed is the 2018 market value listed on the Palm Beach County Property Appraiser's website.)**
**(Co-owned with Debtor's wife.)**
**(The value listed is Debtor's 1/2 interest.)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,869,767.00** | **$1,934,883.50** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entireties**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

**$1,934,883.50**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Bruce Steven Frank**                                          Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

---

3.1    Make:    **Bentley**

Model:    **Continental W12**

Year:    **2014**

Approximate mileage:    **17,121**

Other information:

**(VIN: SCBEC9ZA2EC094386)
(The value listed is the Martin
Claire & Co. LLC market value.)
(Co-owned with Debtor's wife.)
(The value listed is Debtor's 1/2
interest.)**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $105,000.00 | $52,500.00 |

---

3.2    Make:    **Land Rover**

Model:    **Range Rover**

Year:    **2015**

Approximate mileage:    **35,869**

Other information:

**(VIN: SALGV3TF3FA208080)
(The value listed is the NADA
clean retail value.)
(Co-owned with Frank
Investments, Inc.)
(The value listed is Debtor's 1/2
interest.)
(Vehicle to be surrendered.)**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $77,200.00 | $38,600.00 |

---

3.3    Make:    **Audi**

Model:    **A7**

Year:    **2015**

Approximate mileage:    **50,318**

Other information:

**(VIN: WAU2GAFC4FN004251)
(The value listed is the NADA
clean retail value.)
(Co-owned with Frank
Investments, Inc.)
(The value listed is Debtor's 1/2
interest.)
(Vehicle to be surrendered.)**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $33,400.00 | $16,700.00 |

---

Debtor 1    **Bruce Steven Frank**                    Case number *(if known)* _____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☐ No
    ■ Yes

| 4.1 | Make: | **Golf Cart** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |  |
|---|---|---|---|---|---|
| | Model: | **Electric Club Car** | ☐ Debtor 1 only | | |
| | Year: | **2017** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ■ At least one of the debtors and another | | |
| | **See the attached Personal Property Appraisal prepared by Martin Claire & Co. LLC. (Co-owned with Debtor's spouse.) (The value listed is Debtor's 1/2 interest.)** | | ☐ Check if this is community property *(see instructions)* | **$4,000.00** | **$2,000.00** |

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................................=>    | **$109,800.00** |

**Part 3:**    **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**    | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ■ Yes. Describe.....

| **183 Golf Village Blvd:  See the attached Personal Property Appraisal prepared by Martin Claire & Co. LLC.** | **$2,100.00** |
|---|---|
| **Storage Vaults in Brandon Transfer and Storage:  See the attached Personal Property Appraisal prepared by Martin Claire & Co. LLC.** | **$4,470.00** |
| **183 Golf Village Blvd:  See the attached Personal Property Appraisal prepared by Martin Claire & Co. LLC. (Co-owned with Debtor's spouse.) (The value listed is Debtor's 1/2 interest.)** | **$4,847.50** |

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ■ Yes. Describe.....

| **183 Golf Village Blvd:  See the attached Personal Property Appraisal prepared by Martin Claire & Co. LLC. (The value is included in item # 6.) (Co-owned with Debtor's spouse.) (The value listed is Debtor's 1/2 interest.)** | **$0.00** |
|---|---|

Debtor 1    **Bruce Steven Frank**                                                    Case number *(if known)*

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles

   ☐ No
   ■ Yes. Describe.....

   | 183 Golf Village Blvd:  See the attached Personal Property Appraisal prepared by Martin Claire & Co. LLC. (Co-owned with Debtor's spouse.) (The value listed is Debtor's 1/2 interest.) | $6,875.00 |
   |---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments

   ☐ No
   ■ Yes. Describe.....

   | 183 Golf Village Blvd:  See the attached Personal Property Appraisal prepared by Martin Claire & Co. LLC. (The value is included in item # 6.) (Co-owned with Debtor's spouse.) (The value listed is Debtor's 1/2 interest.) | $0.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ■ Yes. Describe.....

    | 183 Golf Village Blvd:  See the attached Personal Property Appraisal prepared by Martin Claire & Co. LLC. (The value is included in item # 6.) | $0.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ■ Yes. Describe.....

    | 183 Golf Village Blvd:  See the attached Personal Property Appraisal prepared by Martin Claire & Co. LLC. (The value is included in item # 6.) | $0.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ■ Yes. Describe.....

    | Pets: (4 dogs - no commercial value) | $0.00 |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ■ No
    ☐ Yes. Give specific information.....

| Debtor 1 | **Bruce Steven Frank** | | Case number *(if known)* | |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................................................................................

| $18,292.50 |

---

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.........................................................................................................

| | Cash in Debtor's possession | $1,000.00 |

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.....................

Institution name:

**Professional Bank**
**Professional Premier Checking Acct**
**Acct # 0361**
**(Co-owned with Debtor's wife.)**

17.1. **Checking**     **(The value listed is Debtor's 1/2 interest.)**     $17.59

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes..................     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................
Name of entity:     % of ownership:

**See the attached Bruce Frank - List of Business**
**Interests (Within 4 Years Prior to Petition Date)**     %     $0.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
Type of account:     Institution name:

**401(k)**     **Inspira**     **Unknown**

---

| Debtor 1    Bruce Steven Frank | Case number *(if known)* |
|---|---|

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................                                  Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............        Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☐ No
■ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

|  |  |
|---|---|
| **Florida Prepaid College Savings Plan**<br>**Beneficiary: Steven B. Frank**<br>**4-Yr University Tuition Plan**<br>**Plan #: 4330** | $12,961.30 |
| **Florida Prepaid College Savings Plan**<br>**Beneficiary: Steven B. Frank**<br>**4-Yr University Local Fee Plan**<br>**Plan #: 4330** | $3,456.20 |
| **Florida Prepaid College Savings Plan**<br>**Beneficiary: Steven B. Frank**<br>**1-Yr University Dormitory Plan**<br>**Plan #: 4330** | $4,659.05 |

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
■ Yes.  Give specific information about them...

|  |  |
|---|---|
| **Bruce S. Frank 2012 Irrevocable Trust dated December 14, 2012**<br>**(owner and beneficiary of a $2,500,000.00 Mony Life Insurance**<br>**Company of America life insurance policy (policy # 8182) on**<br>**Debtor's life)** | $0.00 |
| **Bruce S. Frank 2012 Irrevocable Trust II dated December 14, 2012**<br>**(owner and beneficiary of a $5,000,000.00 AXA Equitable life**<br>**insurance policy (policy # 8442) on Debtor's life)** | $0.00 |

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
■ Yes.  Give specific information about them...

|  |  |
|---|---|
| **Licenses: (real estate license - no commercial value)** | $0.00 |

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | **Bruce Steven Frank** | Case number *(if known)* | |

28. **Tax refunds owed to you**
   - ■ No
   - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

   _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   - ■ No
   - ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   - ■ No
   - ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   - ☐ No
   - ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Mony Life Insurance Company of America**<br>**Brightlife Protect, Series 155 life insurance policy**<br>**Policy # 8182**<br>**Amount of coverage: $2,500,000.00**<br>**Policy account value: $63,234.79**<br>**Surrender charge: $82,707.88**<br>**Gross cash surrender value: $0.00** | **Bruce S. Frank 2012 Irrevocable Trust Dated: December 14, 2012** | **$0.00** |
| **AXA Equitable Life Insurance Company**<br>**Incentive Life Plus - Phase 2 life insurance policy**<br>**Policy # 8442**<br>**Amount of coverage: $5,000,000.00**<br>**Policy account value: $87,076.12**<br>**Gross cash surrender value: $87,076.12** | **Bruce S. Frank 2012 Irrevocable Trust II Dated: December 14, 2012** | **$87,076.12** |
| **Ameritas Life Insurance Corp.**<br>**Flex Plus Universal Life life insurance policy**<br>**Policy # 9932**<br>**Amount of coverage: $800,000.00**<br>**Policy account value: $55,204.92**<br>**Surrender charge: $690.05**<br>**Gross cash surrender value: $54,514.87** | **Joyce Frank** | **$54,514.87** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   - ■ No
   - ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   - ☐ No

| Debtor 1 | **Bruce Steven Frank** | Case number *(if known)* | |

■ Yes.  Describe each claim.........

| | |
|---|---|
| **Claim against Frank Entertainment Group, LLC for breach of employment agreements, unpaid wages, quantum meruit, and unjust enrichment.  Lawsuit filed in Palm Beach County Circuit Court, Case No. 50-2017-CA-012887-XXXX-MB-AG. Frank Entertainment Group, LLC filed Chapter 11 bankruptcy in the District of New Jersey, on 12/19/2018, Case No. 18-34812 (SLM).  The claim is for $1,462,916.00, but, based on the aforementioned information, the actual value of this claim is unknown.** | Unknown |
| **Claim against Rio Mall, LLC.  Rio Mall, LLC filed Chapter 11 bankruptcy in the Southern District of Florida on 6/28/2018, Case No. 18-17840-BKC-EPK.  Therefore, the actual value of this claim is unknown.** | Unknown |
| **Claim against Frank Investments, Inc.  Frank Investments, Inc. filed Chapter 11 bankruptcy in the Southern District of Florida on 8/17/2018, Case No. 18-20019-BKC-EPK. Therefore, the actual value of this claim is unknown.** | Unknown |
| **Claim against Frank Theatres Management, LLC.  Frank Theatres Management, LLC filed Chapter 11 bankruptcy in the Southern District of Florida on 8/17/2018, Case No. 18-20022-BKC-EPK.  Therefore, the actual value of this claim is unknown.** | Unknown |
| **Claim against Frank Entertainment Companies, LLC.  Frank Entertainment Companies, LLC filed Chapter 11 bankruptcy in the Southern District of Florida on 8/17/2018, Case No. 18-20023-BKC-EPK.  Therefore, the actual value of this claim is unknown.** | Unknown |
| **Claim against Frank Investments, Inc.  Frank Investments, Inc. filed Chapter 11 bankruptcy in the Southern District of Florida on 1/31/2019, Case No. 19-11454-BKC-EPK. Therefore, the actual value of this claim is unknown.** | Unknown |

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35.  **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...........................................................................................................** | **$163,685.13** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Debtor 1 | **Bruce Steven Frank** | Case number *(if known)* | |

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

  ■ No. Go to Part 7.

  ☐ Yes.  Go to line 47.

---

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
  ☐ No
  ■ Yes. Give specific information.........

| | |
|---|---|
| Country club membership at Admiral's Cove (value is included in the value of the real property - it can't be sold separately) | $0.00 |

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ................................. | $0.00 |

---

**Part 8:**    **List the Totals of Each Part of this Form**

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................ | $1,934,883.50 |
| 56. | **Part 2: Total vehicles, line 5** | $109,800.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $18,292.50 |
| 58. | **Part 4: Total financial assets, line 36** | $163,685.13 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54**    + | $0.00 |
| 62. | **Total personal property.** Add lines 56 through 61...    $291,777.63    Copy personal property total | $291,777.63 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | $2,226,661.13 |





**Appraisal and Auction Services**

# Martin Claire & CO. LLC

# PERSONAL PROPERTY APPRAISAL

Market Value

RE:

# BRUCE FRANK



**MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

January 15, 2019

Bruce Frank
183 Golf Village Blvd
Jupiter Florida 33458
Admirals Cove Village

Dear Mr. Frank:

Thank you for the opportunity to submit the enclosed appraisal.

Martin Claire & CO, LLC, will retain and preserve in our files all related information and documents.

We appreciate your confidence in us and will continue to be at your service in this and any future matters.

The appraisals of the assets including photographs are enclosed in this report.

**TOTAL MARKET VALUES:**

| | |
|---|---|
| Bruce Frank Total | $ 6,570.00 |
| Bruce and Joyce Frank Total | $ 9,695.00 |
| Joint Artwork | $ 13,750.00 |
| Joint Vehicle Total | $ 105,000.00 |

Very truly yours,

Martin Claire & CO, LLC

Martin Claire
Senior Appraiser
ISA

Main office and Warehouse: 2005 NW 110 Ave Suite # 5 Miami FL 33172
Mailing Address: 1835 E. Hallandale Beach Blvd. # 357, Hallandale Beach, Fl 33009
Tel: (954) 97-1223 Fax: (954) 456.4325




## STANDARD TERMS AND LIMITING CONDITIONS

1. A personal inspection of the property being appraised has been made. The values expressed herein are based on the best judgments of the Appraiser, if applicable.

2. Neither Martin Claire & CO, LLC, nor any of its employees has any financial interest in the property being appraised.

3. The fee and/or compensation for this Appraisal Report are not contingent upon the reported values.

4. This Appraisal is based only on the readily apparent identity of the assets being appraised, unless otherwise stated herein. No further opinion, guarantee, authentication, genuineness, attribution or authorship is made or intended.

5. Unless otherwise stated herein, no consideration has been given to liens, encumbrances or fractional interests, which may be held against certain of or all of the assets appraised or against the business as a whole.

6. This is a valid appraisal as of the dates noted. Said Report is based upon opinions derived from facts and data set forth in the report and on analysis of the assets being appraised. Any changes in the nature and condition of the assets subsequent to our inspection could change the results of this Report. The values contained should not be considered as a guarantee of any sort.

7. Without previous written consent, no portion of the Appraisal Report may be reproduced, copied or utilized by any party other than the party that the appraisal was prepared for. Even then, the Report will only be valid if inclusive of all documents, letters, and supporting material originally supplied by the Appraiser.

8. The Appraiser is not responsible for any unauthorized changes and only said Appraiser or Review Appraiser shall make changes to the Appraisal Report.

9. This Appraisal Report is prepared for the parties named. It does not indicate or certify ownership or title to any of the assets listed in this report.

10. This Appraisal Report is prepared based on the comprehensive standards and requirements of the International Society of Appraisers (ISA) and the Uniform Standards of Professional Appraisal Practice (USPAP).

11. A Review Appraiser, if applicable, will confirm the adequacy and appropriateness of the report being reviewed.

12. Ordinary wear and tear common to the assets being appraised is not noted. Any serious deficiencies and/or repairs obvious to the Appraiser will be included with the report.

13. No responsibility is assumed for matters of a legal nature. If additional services are requested of the Appraiser and/or Review Appraiser, in conjunction with this Report, (i.e.:Pretrial Conferences, Depositions, Court Appearances, Additional Research and Documentation, etc ) compensation for same shall be at the customary hourly rate charged by the Appraiser at that time. A retainer will be required prior to said work and full and final settlement shall be made immediately upon receipt of a statement for such work.



**MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

# DEFINITIONS OF VALUE AND MARKETS

## VALUE DEFINITIONS

1. **Replacement Value** The cost to replace an item with another having similar qualities within a reasonable amount of time in the relevant market place. Takes into consideration costs incurred by engaging an interior designer, shipping, and the costs associated with purchasing from a specific source.

   B. **Replacement cost (new)** is the cost necessary to replace an item of personal property with a NEW item of like kind, quality, and utility.

      a. Considerations of wear and tear, decay or defects within the property itself (functional obsolescence) and changes external to the property (economic obsolescence) are eliminated.

      b. This definition assumes that an exact substitute can be found for property being appraised or recognizes that the item is being upgraded to a newer model, style, etc.

      c. Replacement cost new is used primarily for items that are still being manufactured and/or are still available on the open market

   C. **Replacement cost (comparable)** is the cost necessary to replace an item of personal property with a COMPARABLE item of like kind, age, quality, and utility having similar wear and tear, decay or defects, and obsolescence as the items being appraised.

2. **Reproduction cost** is the total current cost of constructing an exact replica, using the same materials and construction techniques as the original by a qualified artist or craftsman.

3. **Actual cash value** is the replacement cost less depreciation. Depreciation, in this instance, typically refers to an incremental reduction in value based on age/life formulas commonly in use within the insurance industry.

4. **Liquidation Values (Auction Values)**

   A. **LIQUIDATION VALUE (Auction Value)** is the most probable price for which an item would change hands if sold immediately without regard to the most appropriate market. There is not enough time to find an open market and the property is being sold under compulsion, such as a court-ordered sale.

## MARKET DEFINITIONS

1. The purpose and function (assigned use) of an appraisal determines the most appropriate market to which the Appraiser must go to find comparable sales. The most appropriate market will depend on what is being sold, the quantity being sold, the quality of the property being sold, and the urgency with which the property must be sold.





A. The **retail market** is the most common market in which items are sold at retail. Examples are antique shops, art galleries, department stores, discount stores, flea markets, estate tag sales, etc.

B. The **distress market** is the market in which property is sold within a limited time frame.

C. The **orderly liquidation market** is the market in which property is regularly sold in an orderly and advertised fashion but for which time constraints apply. Examples are auction galleries, on-site auctions, and estate tag sales.

D. The **wholesale market** is the market In which wholesalers can sell to the trade and dealers can buy for resale to the public.

2. Markets may vary depending on:

    A. Property condition

    B. Property quantity

    C. Property quality

    D. Urgency to sell

    D. Availability of financing

## APPRAISAL DEFINITIONS

**New Replacement Cost -** The replacement cost required to replace the subject property with a substitute of like utility. These costs include Labor, Materials, Supervision, Profit and Overhead, Plans and Specifications, Sales Taxes and Insurance.

**Value In Place In Use -** The amount expressed in terms of money that may reasonably be expected to exchange between a willing Buyer and a willing Seller with equity to both, neither under any compulsion to Buy or Sell, and both fully aware of all relevant facts as of a certain date-

**Orderly Disposition Value-** The amount of gross proceeds which could be expected from a sale of the Appraised Assets, held under orderly sales conditions, given a reasonable period of time in which to find a purchaser(s) considering a completed sale of all assets, **"As Is and and Where Is"** with the Buyer assuming all costs of removal, with the Seller acting under compulsion.

**Present Value-** A term used to indicate present worth, or when the establishment of new replacement cost is deemed unreliable or infeasible. All items where value is preceded by "Present Value" only its Fair Market Value indicated.

**Liquidation Value-** To convert assets into cash under the Auctioneer Hammer, thereby determining the cash liquidation value, in order to pay off or settle a debt, claim or obligation to; enter

 

in the process of liquidating financially.

**Market Value** - The most probable price in terms of money which property should bring in competitive and Open Market all conditions requisite to a Fair Sale, the Buyer and Seller, each acting prudently knowledgeably and assuming the price is not affected by undue stimulus.

**NET Value** – Represents the anticipated net proceeds that would be yielded from an orderly liquidation of property. Net proceeds equal the gross proceeds less costs associated with the sale.

**Fair Market Value (FMV)** - Is a specific hypothetical concept of value defined by a legal or regulatory jurisdiction and varies with individual jurisdictions.

A. FMV as defined below is the only value used by the IRS and Federal Government Agency when pertaining to estate tax, gift tax, income tax (including charitable donation deductions), casualty loss, bankruptcy, etc.

B. FMV differs from other types of equitable and fair values in that FMV assumes that the enjoyment of retained benefits (to sell and enjoy the proceeds, or to keep and enjoy the use) will continue, i.e. the property is taxed on its value held or unsold.

C. Internal Revenue Regulation Section 1.17OA-1( c ) ( 2 ) defines fair market value (FMV) as "The price at which property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or to sell and both having reasonable knowledge of relevant facts."

D. Fair Market Value – Is not determined by a forced sale nor by a sale in a market other than that which it most commonly is sold. Fair Market Value the issue of location is not a significant factor when item can be easily examined and transported when in the world.

E. Appraiser's Ability to Determine The Most Appropriate Market – This is referred to as the most common market.

F. Willing Buyer - Is defined as the ultimate consumer. Reseller or the most customary consumer and not limited to individuals.

G. The Public – Refers to customary purchases of an item not for resale in its current form.

## CERTIFICATE OF APPRAISER

**I certify that:**

1. On January 15, 2019 I, Martin Claire & Co LLC, listed, photographed and appraised the listed property.

2. The statements contained in this appraisal and upon which the opinions expresses herein are based, are true and correct to the best of my knowledge and belief, subject to the limiting conditions set forth;

3. To the best of my knowledge and belief, no pertinent information has been overlooked or withheld; and

4. I have no interest either present or contemplated in the property appraised or in any proceeds to be derived there from.

5. My compensation is not contingent upon any action or event resulting from the analyses, opinions or conclusions in, or the use of, this report;

6. My analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practices;

7. No one other then those specified provided assistance to the person(s) signing this report.

Signed this 23th day of   JAN        , 2019.

Martin Claire & CO, LLC.

Martin Claire, ISA
Senior Appraiser
USPAP Compliant


Sworn to and subscribed before me this 23 th day of JAN ., 2019.

Notary Public – State of Florida
My Commission Expires 08-14-2019



LISA E. REISER
MY COMMISSION # FF 238855
EXPIRES: August 14, 2019
Bonded Thru Notary Public Underwriters



**MC MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

### BRUCE FRANK
### 183 GOLF VILLAGE BLVD
### JUPITER, FL 33458

DATE: 1/15/19
MARKET VALUE

| ITEM | QTY | DESCRIPTION | MV |
|------|-----|-------------|-----|
| | | **PERSONAL PROPERTY** | |
| 1 | 1 | Bicycle Giant Defy Advanced | $300.00 |
| 2 | 1 | Set Gallaway golf clubs in bag  Rogue 12 clubs | $400.00 |
| 3 | 1 | Bag Golf clubs with odd clubs | $100.00 |
| 4 | 1 | Bag Sport graphic with used ski clothes  Bogner suit shoes etc used | $150.00 |
| 5 | 1 | Lot Men's clothes contents of closet and in bedroom estimate | $500.00 |
| 6 | 1 | Lot Small items contents drawer estimate | $100.00 |
| 7 | 1 | Men's Watch Hamilton gold filled (old) | $200.00 |
| 8 | 1 | Men's Wedding band platinum | $350.00 |
| | | | |
| | | **STORAGE VAULTS IN BRANDON TRANSFER AND STORAGE** | |
| | | 2900 Tuxedo Ave West Palm Beach FL 33405 | |
| 9 | 1 | Game Table with six chairs | $250.00 |
| 10 | 1 | Cocktail Table 4 ft x 4 ft glass top metal frame | $200.00 |
| 11 | 1 | Baby Grand piano black laquer (damage) in parts | $3,000.00 |
| 12 | 2 | Side Chairs with dishes small items | $120.00 |
| 13 | 45 | Household items décor assorted estimate | $900.00 |
| | | | |
| | | **BRUCE FRANK TOTAL** | $6,570.00 |

 

**MARTIN CLAIRE & CO., LLC**
Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

### BRUCE FRANK
### 183 GOLF VILLAGE BLVD
### JUPITER, FL 33458

DATE: 1/15/19
MARKET VALUE

| ITEM | QTY | DESCRIPTION | MV |
|------|-----|-------------|-----|
| | | **BRUCE FRANK** | |
| | | 392 Eagle Drive Jupiter FL 33477 | |
| | | **NOTE:** This property is under re-construction. Empty of all Personal | |
| | | Property. Real Estate only. | |
| | | **Bruce Frank and Joyce joint personal property.** | |
| | | 183 Golf Village Blvd Jupiter FL 33458. | |
| 1 | 1 | Golf Cart electric clubcar 2017 Onward good condition | $4,000.00 |
| | | **LIVING ROOM** | |
| 2 | 1 | Dining Table set round grey mica | $400.00 |
| 3 | 8 | Chairs white fabric (matching) | $320.00 |
| 4 | 1 | Cabinet 3 ft metal | $150.00 |
| 5 | 5 | Bar Stools grey | $300.00 |
| 6 | 2 | Barrel Chairs grey | $750.00 |
| 7 | 1 | Sectional Sofa leather | $200.00 |
| 8 | 1 | Cocktail Table 3 ft round grey mica | $125.00 |
| 9 | 1 | Area Rug 12 ft x 15 ft | $250.00 |
| 10 | 2 | Floor Lamps chrome modern | $160.00 |
| 11 | 1 | Table / Desk glass top | $75.00 |
| 12 | 1 | Credenza 7 ft grey mica | $250.00 |
| 13 | 1 | Hall Table modern marble top | $125.00 |
| | | **NOTE:** | |
| | | Real Estate appliances and kitchen contents belong to wife Joyce. | |
| | | **BEDROOM** | |
| 14 | 1 | Bed Queen size grey mica platform frame with bedding | $500.00 |
| 15 | 2 | Night Stands (matching) | $150.00 |
| 16 | 1 | Credenza / Cabinet (matching) | $250.00 |
| 17 | 1 | Television Samsung 55" with speakers | $300.00 |
| | | **BEDROOM MASTER** | |
| 18 | 1 | King Size bed grey mica platform frame with bedding | $700.00 |
| 19 | 1 | Credenza / Cabinet (matching) | $250.00 |
| 20 | 2 | Night Stands (matching) | $150.00 |
| 21 | 1 | Television Samsung 60" | $200.00 |
| 22 | 2 | Table Lamps modern chrome | $90.00 |
| | | **NOTE:** | |
| | | Lot Ladies clothes and other items belong to Joyce. Not Valued. | |
| | | **BRUCE AND JOYCE FRANK PERSONAL PROPERTY** | **$9,695.00** |
| | | Page 2 | |



**MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

BRUCE FRANK
183 GOLF VILLAGE BLVD
JUPITER, FL 33458

DATE: 1/15/19
MARKET VALUE

| ITEM | QTY | DESCRIPTION | MV |
|------|-----|-------------|-----|
| | | **ARTWORK** | |
| 23 | 1 | Painting Oil Canvas "Nude" 3 ft x 4 ft framed signed Icart | $2,500.00 |
| 24 | 1 | Painting "Wagon Wheels and Gypsie" 2 ft x 3 ft framed oil on canvas | $1,500.00 |
| | | Signet Icart | |
| 25 | 1 | Lithograph "Phonograph" 3 ftx4ft approx.Framed No 217/300 | $1,500.00 |
| | | Signed Peter Max | |
| 26 | 1 | Lithograph "Beatles" 3 ftx4ft approx.Framed No 168/250 | $3,000.00 |
| | | Signed Leroy Neiman | |
| 27 | 1 | Lithograph "Figure" 2ftx3ft approx. Chagall 1952 No 185/400 | $750.00 |
| | | Signed Marc Chagall | |
| 28 | 1 | Lithograph "Modern Nude" 3ftx4ft approx. No 45/60 Signed Lichtenstein | $1,000.00 |
| 29 | 1 | Painting "PARTY Scene" 3ftx4ft oil on canvas framed | $3,500.00 |
| | | Signed Peter Max | |
| | | **JOINT BRUCE FRANK AND JOYCE TOTAL** | **$13,750.00** |
| | | | |
| | | | |
| | | **VEHICLE** | |
| | | **Vehicle Joint ownership Bruce and Joyce Frank** | |
| | | | |
| 25 | 1 | 2014 Bentley 4 Door Sedan Grey | |
| | | Continental W12 Model          16399 Miles | |
| | | Excellent Condition | |
| | | VIN # SCBEC9ZA2EC094386 | |
| | | **TOTAL MARKET VALUE** | **$105,000.00** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Bruce Frank – List of Business Interests (Within 4 Years Prior to Petition Date)**

| Name of Business Address Tax Id # | Percentage Ownership | Nature of the Business | Dates of Existence | Accountant or Bookkeeper Name | Value |
|---|---|---|---|---|---|
| Superplay Development Group, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 20-4103524 | Unknown | Commercial real estate | 12/16/2005 - Present | None | Unknown |
| Frank Galleria Holdings, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 20-5303622 | 0% | Commercial real estate | 7/13/2006 – 2/6/2015 | None | $0.00 |
| Creekside Office Condominium Association, Inc. 1003 W Indiantown Rd # 210 Jupiter, FL 33458 20-8514407 | 0% | Condominium association management | 1/24/2007 – 12/20/2018 | None | $0.00 |
| Superplay USA, Inc. 1003 W Indiantown Rd # 210 Jupiter, FL 33458 20-1169513 | 100% | Former operator of Family Entertainment Center Port St. Lucie, FL | 5/19/2004 – 2/6/2015 | None | $0.00 |
| Frank Investments, Inc. 1003 W Indiantown Rd # 210 Jupiter, FL 33458 65-0836952 | 100% | Former owner of real estate in Jupiter, FL Lessee of currently closed theater in Montgomeryville, PA | 3/30/1998 – 10/22/2015 | Alan Barbee | Unknown |
| Superplay, LLC 638 E Atlantic Ave Delray Beach, FL 33483 82-3989631 | Unknown | Operator of Family Entertainment Center in Port St. Lucie, FL | 1/11/2018 - Present | None | Unknown |
| Frank Theatres Management, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 26-1767700 | 100% owned by Frank Entertainment Companies, LLC | Theater and Family Entertainment Center management services | 2/26/2008 - Present | Alan Barbee | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Frank Re Property Management LLC, 1003 W Indiantown Rd # 210, Jupiter, FL 33458, 30-0783848 | 100% | Real estate management services | 5/21/2013 - Present | None | $0.00 |
| Frank Family Holdings LLC, 1003 W Indiantown Rd # 210, Jupiter, FL 33458, 32-0410939 | Unknown | Holding company | 5/22/2013 - Present | None | $0.00 |
| BBRG Hospitality, LLC, 1003 W Indiantown Rd # 210, Jupiter, FL 33458, Unknown | Never determined | Never used | 8/22/2016 - Present | None | $0.00 |
| Frank Entertainment Management Company, LLC, 1003 W Indiantown Rd # 210, Jupiter, FL 33458, 83-0617155 | 100% | Consulting services | 7/20/2018 - Present | None | $0.00 |
| FEC Holdings, LLC, 1003 W Indiantown Rd # 210, Jupiter, FL 33458, 32-0410939 | 100% | Holding company for Frank Entertainment Co LLC | 5/22/2013 - Present | None | $0.00 |
| Frank Entertainment Companies, LLC, 1003 W Indiantown Rd # 210, Jupiter, FL 33458, 26-1375440 | 100% | Parent of theater and entertainment center operating companies | 7/2/2013 - Present | Alan Barbee | $0.00 |
| Frank Entertainment Group, LLC, 1003 W Indiantown Rd # 210, Jupiter, FL 33458, 46-5153966 | 30% (Seacoast Capital/Triangle Capital owns other 70%) | Parent company of theater and entertainment center operating companies | 6/20/2014 - Present | None | $0.00 |
| FEC Towne, LLC, 1003 W Indiantown Rd # 210, Jupiter, FL 33458, 82-3973513 | 100% owned by Frank Entertainment Companies, LLC | Lessee of Theatre in Egg Harbor Township, NJ (it closed in January 2019) | 1/8/2018 – Present | None | $0.00 |
| Frank Theatres Coral Springs, LLC, 1003 W Indiantown Rd # 210 | 100% owned by Frank Entertainment | Lessee of Theatre in Coral Springs, FL (it | 9/8/2010 - Present | None | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Jupiter, FL 33458 27-3507910 | Companies, LLC | closed in March 2018) | | None | $0.00 |
| Frank Theatres Getysburg, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 26-1383177 | 100% owned by Frank Entertainment Companies, LLC | Lessee of Theatre in Gettysburg, PA (it closed in January 2019) | 11/7/2007 - Present | None | $0.00 |
| Frank Theatres Inlet Square, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 45-1054618 | 100% owned by Frank Entertainment Companies, LLC | Lessee of Theatre/Entertainment Center in Murrells Inlet, SC (the facility closed in 2016) | 3/24/2011 - Present | None | $0.00 |
| Frank Theatres Teays Valley, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 32-0410436 | 100% owned by Frank Entertainment Companies, LLC | Lessee of Theatre in Scott Depot, WV (it closed in January 2019) | 5/21/2013 - Present | None | $0.00 |
| Frank Theatres Tilton, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 27-4591882 | 100% owned by Frank Entertainment Companies, LLC | Lessee of Theatre in Northfield, NJ (it closed in September 2018) | 1/18/2011 - Present | None | $0.00 |
| Frank Theatres Victory, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 45-1059846 | 100% owned by Frank Entertainment Companies, LLC | Lessee of Theatre in Savannah, GA (it closed in January 2018) | 10/18/2011 - Present | None | $0.00 |
| Revolutions at Destiny, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 27-3170277 | 100% owned by Frank Entertainment Companies, LLC | Lessee of Entertainment Center in Syracuse, NY (the facility closed in January 2017) | 8/3/2010 - Present | None | $0.00 |
| Frank Theatres Abacoa, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 32-2507242 | 100% owned by Frank Entertainment Companies, LLC | Joint developer of theater to be built in Jupiter, FL (the deal was terminated in 2018) | 3/21/2014 - Present | None | $0.00 |

| Name / Address / EIN | Ownership | Description | Dates | Officers | Value |
|---|---|---|---|---|---|
| Revolutions at Penn Treaty, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 90-0960162 | 100% owned by Frank Entertainment Companies, LLC | Lessee of closed entertainment center in Philadelphia, PA | 4/3/2013 | None | $0.00 |
| Frank Hospitality Penn Treaty, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 90-0961980 | 100% owned by Frank Entertainment Companies, LLC | Lessee of closed entertainment center in Philadelphia, PA (held liquor license) | 4/3/2013 - Present | None | $0.00 |
| Frank Theatres Princeton, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 37-1697658 | 100% owned by Frank Entertainment Companies, LLC | Lessee of theater to be built in Princeton, NJ (lease was terminated in 2018) | 3/20/2012 - Present | None | $0.00 |
| Frank Theatres Granite Run, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 36-4855861 | 100% owned by Frank Entertainment Companies, LLC | Lessee of theater to be built in Granite Run, PA (lease was terminated in 2018) | 7/28/2017 - Present | None | $0.00 |
| All Star Development of Conway, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 20-3246516 | 100% owned by Frank Entertainment Companies, LLC | Operated a now closed theater in Conway, SC | 8/15/2006 - Present | None | $0.00 |
| Frank Investments Real Estate, Inc. 1003 W Indiantown Rd # 210 Jupiter, FL 33458 22-2220823 | 75% | Owns real estate, including a theater and 2 lots | 8/21/1978 - Present | None | $0.00 |
| Rio Mall, LLC 1003 W Indiantown Rd # 210 Jupiter, FL 33458 20-3341788 | 100% | Commercial real estate | 8/12/2005 - Present | Alan Barbee | $0.00 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Bruce Steven Frank** |
| | First Name · Middle Name · Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **392 Eagle Dr Jupiter, FL 33477-4066 Palm Beach County (Homestead Real Property) (The value listed is the 2018 market value listed on the Palm Beach County Property Appraiser's website.) (Co-owned with Debtor's wife.) (The value listed is Debtor's 1/2** Line from *Schedule A/B*: **1.1** | **$1,934,883.50** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** |
| **2014 Bentley Continental W12 17,121 miles (VIN: SCBEC9ZA2EC094386) (The value listed is the Martin Claire & Co. LLC market value.) (Co-owned with Debtor's wife.) (The value listed is Debtor's 1/2 interest.)** Line from *Schedule A/B*: **3.1** | **$52,500.00** | ☑ _____$0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(1)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Bruce Steven Frank** | | | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2017 Golf Cart Electric Club Car**<br>**See the attached Personal Property Appraisal prepared by Martin Claire & Co. LLC.**<br>**(Co-owned with Debtor's spouse.)**<br>**(The value listed is Debtor's 1/2 interest.)**<br>Line from *Schedule A/B*: **4.1** | $2,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **401(k): Inspira**<br>Line from *Schedule A/B*: **21.1** | **Unknown** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **Florida Prepaid College Savings Plan**<br>**Beneficiary: Steven B. Frank**<br>**4-Yr University Tuition Plan**<br>**Plan #: 4330**<br>Line from *Schedule A/B*: **24.1** | $12,961.30 | ■ $12,961.30<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.22** |
| **Florida Prepaid College Savings Plan**<br>**Beneficiary: Steven B. Frank**<br>**4-Yr University Local Fee Plan**<br>**Plan #: 4330**<br>Line from *Schedule A/B*: **24.2** | $3,456.20 | ■ $3,456.20<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.22** |
| **Florida Prepaid College Savings Plan**<br>**Beneficiary: Steven B. Frank**<br>**1-Yr University Dormitory Plan**<br>**Plan #: 4330**<br>Line from *Schedule A/B*: **24.3** | $4,659.05 | ■ $4,659.05<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.22** |
| **Mony Life Insurance Company of America**<br>**Brightlife Protect, Series 155 life insurance policy**<br>**Policy # 8182**<br>**Amount of coverage: $2,500,000.00**<br>**Policy account value: $63,234.79**<br>**Surrender charge: $82,707.88**<br>**Gross cash surrender value: $0.00**<br>**Beneficiary:**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |
| **AXA Equitable Life Insurance Company**<br>**Incentive Life Plus - Phase 2 life insurance policy**<br>**Policy # 8442**<br>**Amount of coverage: $5,000,000.00**<br>**Policy account value: $87,076.12**<br>**Gross cash surrender value: $87,076.12**<br>**Beneficiary: Bruce S. Frank 2012 Irrevoca**<br>Line from *Schedule A/B*: **31.2** | $87,076.12 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Bruce Steven Frank** | | | Case number (if known) | |
|---|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Ameritas Life Insurance Corp. Flex Plus Universal Life life insurance policy Policy # 9932 Amount of coverage: $800,000.00 Policy account value: $55,204.92 Surrender charge: $690.05 Gross cash surrender value: $54,514.87 Beneficiary: Joyce Frank** Line from *Schedule A/B*: **31.3** | $54,514.87 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |
| **Claim against Frank Entertainment Group, LLC for breach of employment agreements, unpaid wages, quantum meruit, and unjust enrichment.  Lawsuit filed in Palm Beach County Circuit Court, Case No. 50-2017-CA-012887-XXXX-MB-AG. Frank Entertainment Group, LLC** Line from *Schedule A/B*: **33.1** | Unknown | ■ Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.11(2)(c)** |
| **Claim against Frank Entertainment Group, LLC for breach of employment agreements, unpaid wages, quantum meruit, and unjust enrichment.  Lawsuit filed in Palm Beach County Circuit Court, Case No. 50-2017-CA-012887-XXXX-MB-AG. Frank Entertainment Group, LLC** Line from *Schedule A/B*: **33.1** | Unknown | ■ Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.11(2)(b)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bruce Steven Frank** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

  ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

  ■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Chrysler Financial/TD Auto** | Describe the property that secures the claim: | $114,794.00 | $105,000.00 | $9,794.00 |

Creditor's Name

Describe the property that secures the claim:

**2014 Bentley Continental W12 17,121 miles (VIN: SCBEC9ZA2EC094386) (The value listed is the Martin Claire & Co. LLC market value.) (Co-owned with Debtor's wife.) (The value listed is Debtor's 1/2 interest.)**

Attn: Bankruptcy
POB 9223
Farmington Hills, MI 48333

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Security Interest**

Date debt was incurred   **5/19/2018**      Last 4 digits of account number   **0093**

| | | | | |
|---|---|---|---|---|
| **2.2** **Larsen Capital, LLC** | Describe the property that secures the claim: | $1,300,000.00 | $3,869,767.00 | $1,090,012.16 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Bruce Steven Frank**                                    Case number (if known) _____

     First Name         Middle Name         Last Name

---

Creditor's Name

**392 Eagle Dr Jupiter, FL 33477-4066**
**Palm Beach County**
**(Homestead Real Property)**
**(The value listed is the 2018 market**
**value listed on the Palm Beach**
**County Property Appraiser's**
**website.)**
**(Co-owned with Debtor's wife.)**
**(The value listed**

**638 E Atlantic Ave**
**Delray Beach, FL 33483**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Second Mortgage**

Date debt was incurred **11/12/2018**      Last 4 digits of account number    **N/A**

---

| 2.3 | **Professional Bank** | Describe the property that secures the claim: | $3,659,779.16 | $3,869,767.00 | $0.00 |
|-----|------------------------|---|---|---|---|

Creditor's Name

**392 Eagle Dr Jupiter, FL 33477-4066**
**Palm Beach County**
**(Homestead Real Property)**
**(The value listed is the 2018 market**
**value listed on the Palm Beach**
**County Property Appraiser's**
**website.)**
**(Co-owned with Debtor's wife.)**
**(The value listed**

**396 Alhambra Cir # 255**
**Coral Gables, FL 33134**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Date debt was incurred **10/2/2017**      Last 4 digits of account number    **0003**

---

| 2.4 | **TD Auto Finance, LLC** | Describe the property that secures the claim: | $95,493.08 | $77,200.00 | $18,293.08 |
|-----|---------------------------|---|---|---|---|

---

Debtor 1    **Bruce Steven Frank**                                                    Case number (if known) _____

      First Name        Middle Name        Last Name

---

Creditor's Name

**c/o Bertis Echols, Esq.
Evans Petree PC
1715 Aaron Brenner Dr #
800
Memphis, TN 38120**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Date debt was incurred**   **10/13/2016**

**Describe the property that secures the claim:**

**2015 Land Rover Range Rover
35,869 miles
(VIN: SALGV3TF3FA208080)
(The value listed is the NADA clean
retail value.)
(Co-owned with Frank Investments,
Inc.)
(The value listed is Debtor's 1/2
interest.)
(Vehicle to be surrendered.)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Security Interest**

**Last 4 digits of account number**    **0741**

---

| 2.5 | **The Bancorp Bank** | | $19,161,470.78 | Unknown | Unknown |

Creditor's Name

**Describe the property that secures the claim:**

**stock in certain of Debtor's
companies**

**405 Silverside Rd # 105
Wilmington, DE 19809**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    _____

**Date debt was incurred**   **11/10/2008**    **Last 4 digits of account number**    **3607**

---

| 2.6 | **VW Credit, Inc** | | $43,838.45 | $33,400.00 | $10,438.45 |

Creditor's Name

**Describe the property that secures the claim:**

**2015 Audi A7 50,318 miles
(VIN: WAU2GAFC4FN004251)
(The value listed is the NADA clean
retail value.)
(Co-owned with Frank Investments,
Inc.)
(The value listed is Debtor's 1/2
interest.)
(Vehicle to be surrendered.)**

**POB 9013
Addison, TX 75001**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Bruce Steven Frank**

First Name   Middle Name   Last Name

Case number (if known)

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Security Interest**

Date debt was incurred   **1/4/2017**   Last 4 digits of account number   **6810**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$24,375,375.47** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$24,375,375.47** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Professional Bank**
**1567 San Remo Ave**
**Coral Gables, FL 33146**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number   **0003**

☐ Name, Number, Street, City, State & Zip Code
**TD Auto Finance, LLC**
**Attn: Bankruptcy**
**POB 9223**
**Farmington Hills, MI 48333**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number   **0741**

☐ Name, Number, Street, City, State & Zip Code
**TD Auto Finance, LLC**
**POB 16041**
**Lewiston, ME 04243-9523**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number   **0741**

☐ Name, Number, Street, City, State & Zip Code
**VW Credit, Inc**
**1401 Franklin Blvd**
**Libertyville, IL 60048**

On which line in Part 1 did you enter the creditor?   **2.6**

Last 4 digits of account number   **6810**

☐ Name, Number, Street, City, State & Zip Code
**VW Credit, Inc**
**POB 610353**
**Dallas, TX 75261-0353**

On which line in Part 1 did you enter the creditor?   **2.6**

Last 4 digits of account number   **6810**

☐ Name, Number, Street, City, State & Zip Code
**VW Credit, Inc**
**Attn: Bankruptcy**
**POB 3**
**Hillboro, OR 97123**

On which line in Part 1 did you enter the creditor?   **2.6**

Last 4 digits of account number   **6810**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Bruce Steven Frank** | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name     Middle Name     Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | |
| Case number | | |
| (if known) | | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Department of the Treasury** | Last 4 digits of account number  0186 | **$311,580.0** **0** | **$311,580.00** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **Internal Revenue Service** **POB 7346** **Philadelphia, PA 19101-7346** | When was the debt incurred?  12/1/2016 - 12/31/2016 | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  **Proposed Employer Shared Responsibility Payment**

Debtor 1  **Bruce Steven Frank**                                    Case number (if known) _____

| 2.2 | **Georgia Department of Revenue** | Last 4 digits of account number | **9846** | **$27,115.75** | **$27,115.75** | **$0.00** |

Priority Creditor's Name
**Taxpayer Services Division
POB 740321
Atlanta, GA 30374-0321**
Number Street City State Zip Code

**When was the debt incurred?**  **1/1/2016 - 1/31/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**unpaid sales and use tax**

---

| 2.3 | **State of New Jersey** | | **$265,247.19** | | **$265,247.19** | **$0.00** |

Priority Creditor's Name

Last 4 digits of account number **4000**

**Department of the Treasury
Division of Taxation/Bankruptcy
Section
POB 245
Trenton, NJ 08695-0245**
Number Street City State Zip Code

**When was the debt incurred?**  **1/1/2012 - 12/31/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**unpaid state income tax, penalties and interest**

---

**Part 2:**  List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Bruce Steven Frank**                                       Case number (if known) _____

---

**4.1** | **21st Century Fox** | Last 4 digits of account number _____ | **Unknown**
Nonpriority Creditor's Name
**2121 Avenue of the Stars # 700**
**Los Angeles, CA 90067**      When was the debt incurred? _____
Number Street City State Zip Code
Who incurred the debt? Check one.                        As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify  **personal guaranty of business debt**

---

**4.2** | **35 Oak US 5, Inc.** | Last 4 digits of account number _____ | **$336,000.00**
Nonpriority Creditor's Name
**48 E Flagler St PH # 104**
**Miami, FL 33131**      When was the debt incurred?  **12/6/2018**
Number Street City State Zip Code
Who incurred the debt? Check one.                        As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify  **unpaid Final Judgment After Default**

---

**4.3** | **Ajax Metal Building Master Tenant LP** | Last 4 digits of account number _____ | **$1,000,116.74**
Nonpriority Creditor's Name
**114 Chestnut St**
**5th Floor**
**Philadelphia, PA 19106**      When was the debt incurred?  **1/14/2019**
Number Street City State Zip Code
Who incurred the debt? Check one.                        As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify  **unpaid Notice of Judgment**

---

Debtor 1    **Bruce Steven Frank**                                    Case number (if known) _____

| 4.4 | **American Express** | Last 4 digits of account number | **2163** | **$4,690.42** |

Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**POB 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

**When was the debt incurred?**    **10/1/1981 - 1/25/2019**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **credit card purchases**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.5 | **Bank of America, N.A.** | Last 4 digits of account number | **5361** | **$9,380.00** |

Nonpriority Creditor's Name
**4909 Savarese Cir**
**FL1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code

**When was the debt incurred?**    **12/1/2002 - 1/7/2019**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **credit card purchases**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.6 | **Bank of America, N.A.** | Last 4 digits of account number | **1597** | **$7,841.00** |

Nonpriority Creditor's Name
**4909 Savarese Cir**
**FL1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code

**When was the debt incurred?**    **8/1/2015 - 1/31/2019**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **credit card purchases**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor 1    **Bruce Steven Frank**                                          Case number (if known) _____

---

| 4.7 | **Bank of America, N.A.** | Last 4 digits of account number | **4979** | | **$7,060.00** |

Nonpriority Creditor's Name

**4909 Savarese Cir**
**FL1-908-01-50**
**Tampa, FL 33634**

When was the debt incurred?    **10/1/2012 - 1/7/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **credit card purchases**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.8 | **Barclays Bank Delaware** | Last 4 digits of account number | **9278** | | **$78,038.84** |

Nonpriority Creditor's Name

**Attn: Correspondence**
**POB 8801**
**Wilmington, DE 19899**

When was the debt incurred?    **10/1/2000 - 1/31/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **credit card purchases**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.9 | **Brixmor Victory Square, LLC** | Last 4 digits of account number | | | **$168,287.00** |

Nonpriority Creditor's Name

**450 Lexington Ave**
**13th Floor**
**New York, NY 10017**

When was the debt incurred?    **3/18/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **personal guaranty of lease in which Frank Theatres Victory, LLC is the principal debtor**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1    **Bruce Steven Frank**                                                    Case number (if known) _____

| 4.10 | **Buena Vista Pictures Distribution** | Last 4 digits of account number _____ | $134,983.93 |

Nonpriority Creditor's Name
**Legal Department**
**350 S Buena Vista St**
**Burbank, CA 91521-1233**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    3/30/2018 - 2/1/2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **personal guaranty of business debt in which Frank Entertainment Companies, LLC is the principal debtor**

---

| 4.11 | **Centennial Bank** | Last 4 digits of account number _____ | $2,101,175.58 |

Nonpriority Creditor's Name
**719 Harkrider St**
**POB 966**
**Conway, AR 72032**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    4/6/2007 - 7/6/2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **personal guaranty of loan in which Frank Investments, Inc. is the principal debtor**

---

| 4.12 | **Chase Card Services** | Last 4 digits of account number  9753 | $39,184.00 |

Nonpriority Creditor's Name
**Correspondence Dept**
**POB 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    4/1/2006 - 12/31/2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    credit card purchases

---

Debtor 1    **Bruce Steven Frank**                                    Case number *(if known)*

| | |
|---|---|
| **4.1 3** | |

**Chase Card Services**
Nonpriority Creditor's Name
**Correspondence Dept**
**POB 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number    **6046**                                    **$1,099.00**

When was the debt incurred?    **6/1/2018 - 1/4/2019**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **credit card purchases**

| | |
|---|---|
| **4.1 4** | |

**Citibank, N.A.**
Nonpriority Creditor's Name
**POB 6077**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number    **7004**                                    **$71,280.32**

When was the debt incurred?    **1/1/2006 - 1/9/2019**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **credit card purchases**

| | |
|---|---|
| **4.1 5** | |

**Core Equity II, L.P.**
Nonpriority Creditor's Name
**114 Chestnut St**
**5th Floor**
**Philadelphia, PA 19106**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number                                    **$1,463,222.30**

When was the debt incurred?    **6/1/2017 - 8/31/2018**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **personal guaranty of lease in which Revolutions at Penn Treaty, LLC is the principal debtor**

Debtor 1    **Bruce Steven Frank**                                    Case number *(if known)* _____

| 4.1 6 | **De Lage Landen Financial Services, Inc.** | Last 4 digits of account number | **3377** | **$1,680.46** |

Nonpriority Creditor's Name
**POB 41602**
**Philadelphia, PA 19101-1602**
Number Street City State Zip Code

When was the debt incurred?    **3/1/2019 - 4/30/2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **potential personal guaranty of business debt in which Frank Investments, Inc. is the principal debtor**

---

| 4.1 7 | **Destiny USA Holdings, LLC** | Last 4 digits of account number | | **$390,000.00** |

Nonpriority Creditor's Name
**4 Clinton Square**
**Syracuse, NY 13202-1078**
Number Street City State Zip Code

When was the debt incurred?    **9/7/2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **unpaid Statement for Judgment**

---

| 4.1 8 | **First Run, LLC** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**W3995 Kelly Rd**
**Lake Geneva, WI 53147**
Number Street City State Zip Code

When was the debt incurred?    **2014**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **personal guaranty of business debt in which Frank Entertainment Group, LLC is the principal debtor**

---

Debtor 1    **Bruce Steven Frank**                                    Case number (if known) _____

| 4.1 9 | **Frank Entertainment Companies, LLC** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **business debt** _____

---

| 4.2 0 | **Frank Entertainment Group, LLC** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **business debt** _____

---

| 4.2 1 | **Frank Investments, Inc.** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **business debt** _____

---

Debtor 1    **Bruce Steven Frank**                                    Case number *(if known)* _____

---

**4.2** | **Frank Theatres Management, LLC**
**3**

| | |
|---|---|
| **4.2** **Frank Theatres Management, LLC** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **business debt**

---

| **4.2** **GM Financial** | **Last 4 digits of account number** **1737** | **$10,039.95** |
| **3** | | |

Nonpriority Creditor's Name
**POB 183581**
**Arlington, TX 76096-3581**
Number Street City State Zip Code

**When was the debt incurred?** **4/18/2018**

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **potential personal guaranty of car lease in which Frank Investments, Inc. is the Lessee (2108 GMC Terrain)**

---

| **4.2** **Investors Bank** | **Last 4 digits of account number** **8508** | **$9,800,000.00** |
| **4** | | |

Nonpriority Creditor's Name
**101 JFK Pkwy**
**Short Hills, NJ 07078**
Number Street City State Zip Code

**When was the debt incurred?** **12/14/2015**

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **personal guaranty of loan in which Rio Mall, LLC is the principal debtor**

---

Debtor 1    **Bruce Steven Frank**

Case number *(if known)* _____

---

| 4.2 5 | **Investors Bank** | Last 4 digits of account number | **0518** | **$3,119,500.44** |

Nonpriority Creditor's Name
**101 JFK Pkwy**
**Short Hills, NJ 07078**

Number Street City State Zip Code

When was the debt incurred?    **2/28/2019**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **unpaid Consent Judgment**

---

| 4.2 6 | **Kingsport Mall, LLC** | Last 4 digits of account number | | **$1,886,366.28** |

Nonpriority Creditor's Name
**c/o R. Lee McVey II, Esq.**
**108 E Main St # 208**
**Kingsport, TN 37660**

Number Street City State Zip Code

When was the debt incurred?    **8/9/2013**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No



☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **alleged personal guaranty of lease in which Frank Theatres Kingsport, LLC is the principal debtor**

---

| 4.2 7 | **Lionsgate** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**2700 Colorado Ave**
**Santa Monica, CA 90404**

Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **business debt**

---

Debtor 1    **Bruce Steven Frank**                                                                    Case number (if known) _____

---

**4.2 8**

**Murrells Retail Associates, LLC**
Nonpriority Creditor's Name
**c/o Parker Poe Adams & Bernstein, LLP**
**200 Meeting St # 300**
**Charleston, SC 29401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$21,824,689.74**

When was the debt incurred?          **3/6/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **unpaid Order of Judgment**

---

**4.2 9**

**National Commercial Builders, Inc.**
Nonpriority Creditor's Name
**10555 Rene St**
**Lenexa, KS 66215**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$817,838.38**

When was the debt incurred?          **9/23/2016 - 12/9/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **personal guaranty of business debt in which Rio Mall, LLC is the principal debtor**

---

**4.3 0**

**NEC Financial Services, LLC**
Nonpriority Creditor's Name
**250 Pehle Ave # 704**
**Saddle Brook, NJ 07663**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$112,418.11**

When was the debt incurred?          **6/1/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **unpaid Final Judgment**

---

Debtor 1  **Bruce Steven Frank**                                    Case number (if known) _____

| 4.3 1 | **Nehmad Perillo Davis & Goldstein, P.C.** | Last 4 digits of account number **6005** | $3,619.00 |

Nonpriority Creditor's Name
**4030 Ocean Heights Ave # 100**
**Egg Harbor Township, NJ 08234**
Number Street City State Zip Code

When was the debt incurred?    **8/31/2018 - 1/31/2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **unpaid legal bills**

---

| 4.3 2 | **Newspaper Media Group** | Last 4 digits of account number **4660** | $2,117.50 |

Nonpriority Creditor's Name
**130 Twinbridge Dr**
**Pennsauken, NJ 08110**
Number Street City State Zip Code

When was the debt incurred?    **1/1/2017 - 3/31/2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **potential personal guaranty of business debt in which Frank Entertainment Companies, LLC is the principal debtor**

---

| 4.3 3 | **No S Properties, LLC** | Last 4 digits of account number | $269,039.59 |

Nonpriority Creditor's Name
**135 Corporate Centre Dr # 550**
**Scott Depot, WV 25560**
Number Street City State Zip Code

When was the debt incurred?    **5/18/2004**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **personal guaranty of business debt in which Frank Theatres Teays Valley, LLC is the principal debtor**

Debtor 1    **Bruce Steven Frank**                                    Case number *(if known)*

| 4.3 4 | **Oracle America, Inc.** | Last 4 digits of account number | **0686** | **$3,761.49** |

Nonpriority Creditor's Name
**POB 44471**
**San Francisco, CA 94144-4471**
Number Street City State Zip Code

When was the debt incurred?    **4/26/2018**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **potential personal guaranty of debt in which Revolutions at Penn Treaty, LLC is the principal debtor**

---

| 4.3 5 | **Padula Bennardo Levine, LLP** | Last 4 digits of account number | | **$7,254.31** |

Nonpriority Creditor's Name
**3837 NW Boca Raton Blvd # 200**
**Boca Raton, FL 33431**
Number Street City State Zip Code

When was the debt incurred?    **12/3/2018 - 1/24/2019**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **potential personal guaranty of attorney's fees in which Frank Management, LLC is the principal debtor**

---

| 4.3 6 | **Paramount** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**5555 Melrose Ave**
**Los Angeles, CA 90038**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **business debt**

---

Debtor 1    **Bruce Steven Frank**                                     Case number *(if known)*_____

| 4.3 7 | **Professional Bank** | Last 4 digits of account number | **0003** | **$319,837.21** |

Nonpriority Creditor's Name
**396 Alhambra Cir # 255**
**Coral Gables, FL 33134**

When was the debt incurred?    **3/29/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **unpaid mortgage on real property owned by Debtor's wife**

---

| 4.3 8 | **Rio Mall, LLC** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **business debt**

---

| 4.3 9 | **Saucon Valley School District** | Last 4 digits of account number | **6611** | **$73,923.26** |

Nonpriority Creditor's Name
**c/o Portnoff Law Associates, Ltd.**
**2700 Horizon Dr # 100**
**King of Prussia, PA 19406**

When was the debt incurred?    **1/1/2018 - 12/31/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **personal guaranty of business debt in which Frank Entertainment Group, LLC is the principal debtor**

---

Debtor 1   **Bruce Steven Frank**                                                              Case number (if known) _____

| 4.40 | **Sony Pictures Releasing** | Last 4 digits of account number _____ | **$11,468.74** |

Nonpriority Creditor's Name
**POB 840550**
**Dallas, TX 75284-0550**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   12/5/2018 - 1/22/2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **personal guaranty of business debt in which Frank Theatre Group is the principal debtor**

---

| 4.41 | **STX Entertainment** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3900 W Alameda Ave**
**Burbank, CA 91505**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **business debt**

---

| 4.42 | **Suntrust Bank Atlanta** | Last 4 digits of account number  1610 | **$145,160.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Mail Code VA-RVW-6290**
**POB 85092**
**Richmond, VA 23286**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   11/1/2017 - 1/23/2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **unpaid installment agreement**

---

Debtor 1    **Bruce Steven Frank**

Case number (*if known*)

| | | | | |
|---|---|---|---|---|
| 4.4 3 | **Surrey Bank & Trust** | **Last 4 digits of account number** | **6200** | **$3,289,018.51** |

Nonpriority Creditor's Name

**Attn: Peter A. Pequeno, SVP**
**145 N Renfro St**
**Mount Airy, NC 27030**

**When was the debt incurred?**    **6/30/2009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

**personal guaranty of loans in which All Star Development of Conway, LLC is the principal debtor**

☐ Yes

■ Other. Specify

---

| | | | | |
|---|---|---|---|---|
| 4.4 4 | **Surrey Bank & Trust** | **Last 4 digits of account number** | **5200** | **$1,031,829.00** |

Nonpriority Creditor's Name

**Attn: Peter A. Pequeno, SVP**
**145 N Renfro St**
**Mount Airy, NC 27030**

**When was the debt incurred?**    **7/13/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

**personal guaranty of loan in which Frank Theatres Inlet Square, LLC is the principal debtor**

☐ Yes

■ Other. Specify

---

Debtor 1    **Bruce Steven Frank**

Case number *(if known)* _____

| | | |
|---|---|---|
| **4.4 5** | **Sysco Business Services** | Last 4 digits of account number  **8343**    $5,821.80 |

Nonpriority Creditor's Name
**24500 Hwy 290**
**Cypress, TX 77429**

When was the debt incurred?    **2/28/2018 - 8/28/2018**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

■ At least one of the debtors and another    ☐ Disputed

**Check if this claim is for a community**    Type of NONPRIORITY unsecured claim:
**debt**

☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not
■ No    report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **potential personal guaranty of business**
**debt in which Tilton Shopping Center is the**
**principal debtor**

---

| | | |
|---|---|---|
| **4.4 6** | **Twentieth Century Fox Film Corp.** | Last 4 digits of account number  _____    $45,257.11 |

Nonpriority Creditor's Name
**5799 Collection Center Dr**
**Chicago, IL 60693**

When was the debt incurred?    **10/19/2018 - 1/24/2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

■ At least one of the debtors and another    ☐ Disputed

**Check if this claim is for a community**    Type of NONPRIORITY unsecured claim:
**debt**

☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not
■ No    report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **potential personal guaranty of business**
**debt in which Frank Entertainment**
**Companies LLC is the principal debtor**

---

| | | |
|---|---|---|
| **4.4 7** | **United Artist Releasing** | Last 4 digits of account number  _____    **Unknown** |

Nonpriority Creditor's Name
**750 N San Vicente Blvd**
**Red Tower E**
**12th Floor**
**West Hollywood, CA 90069**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

**Check if this claim is for a community**    Type of NONPRIORITY unsecured claim:
**debt**

☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not
■ No    report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **business debt**

---

Debtor 1    **Bruce Steven Frank**                                                   Case number (if known) _____

---

| 4.4 8 | **United Bank of Philadelphia** | Last 4 digits of account number  _____ | **$2,671,408.34** |

**United Bank of Philadelphia**
Nonpriority Creditor's Name
**30 S 15 St # 1200**
**Philadelphia, PA 19102**
Number Street City State Zip Code

Last 4 digits of account number  _____

When was the debt incurred?    **11/5/2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **unpaid Confession of Judgment**

---

**Universal Film Exchanges LLC**
Nonpriority Creditor's Name
**POB 848270**
**Dallas, TX 75284-8270**
Number Street City State Zip Code

4.4 9

Last 4 digits of account number  _____

When was the debt incurred?    **11/9/2018 - 1/24/2019**

**$32,142.90**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **personal guaranty of business debt in which Frank Theatres Management LLC is the principal debtor**

---

**Warner Brothers**
Nonpriority Creditor's Name
**4000 Warner Blvd**
**Burbank, CA 91522**
Number Street City State Zip Code

4.5 0

Last 4 digits of account number  _____

When was the debt incurred?    _____

**Unknown**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **business debt**

---

Debtor 1   **Bruce Steven Frank**

Case number *(if known)* _____

---

| 4.5 1 | **Water Tower Square Associates** | Last 4 digits of account number | _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o Jeffrey Kurtzman, Esq.**
**Kurtzman Steady, LLC**
**38 N Haddon Ave**
**Haddonfield, NJ 08033**
Number Street City State Zip Code

When was the debt incurred?    **1/1/2007**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **personal guarantee of business lease**

---

| 4.5 2 | **WhiteKnight Solutions LLC** | Last 4 digits of account number | **5410** | **$59,809.00** |

Nonpriority Creditor's Name
**2401 NW Boca Raton Blvd**
**Boca Raton, FL 33431-6632**
Number Street City State Zip Code

When was the debt incurred?    **5/15/2017 - 7/1/2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **unpaid legal bill**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**35 Oak US 5, Inc.**
**c/o Akerman LLP**
**Three Brickell City Centre**
**98 SE 7 St # 1100**
**Miami, FL 33131**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**35 Oak US 5, Inc.**
**c/o Sprechman & Fisher, P.A.**
**2775 Sunny Isles Blvd # 100**
**Miami, FL 33160-4007**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Ajax Metal Building Master Tenant LP**
**c/o Glenn M. Ross, P.C.**
**566 S Bethlehem Pike**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1  **Bruce Steven Frank**                                    Case number *(if known)* _____

**Fort Washington, PA 19034**
| | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **American Express**<br>POB 981537<br>**El Paso, TX 79998** | Line **4.4** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **2163** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America, N.A.**<br>POB 982238<br>**El Paso, TX 79998** | Line **4.5** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **5361** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America, N.A.**<br>POB 982238<br>**El Paso, TX 79998** | Line **4.6** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **1597** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America, N.A.**<br>POB 982238<br>**El Paso, TX 79998** | Line **4.7** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **4979** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Barclays Bank Delaware**<br>POB 8803<br>**Wilmington, DE 19899** | Line **4.8** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **9278** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Brixmor Victory Square, LLC**<br>c/o W. Kerry Howell, LLC<br>230 Third St<br>**Macon, GA 31201** | Line **4.9** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Buena Vista Pictures Distribution**<br>c/o ABC-Amega, Inc.<br>500 Seneca St # 400<br>**Buffalo, NY 14204-1963** | Line **4.10** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Centennial Bank**<br>c/o Pineiro Byrd PLLC<br>4600 Military Trail # 212<br>**Jupiter, FL 33458** | Line **4.11** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Citibank, N.A.**<br>POB 6241<br>**Sioux Falls, SD 57117** | Line **4.14** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7004** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Core Equity II, L.P.**<br>c/o Glenn M. Ross, P.C.<br>566 S Bethlehem Pike<br>**Fort Washington, PA 19034** | Line **4.15** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Department of the Treasury** | Line **2.1** of *(Check one):* |

Debtor 1  **Bruce Steven Frank**

Case number (if known) _____

| | |
|---|---|
| **Internal Revenue Service**<br>POB 7317<br>Philadelphia, PA 19101-7317 | ☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **0186** |

| | |
|---|---|
| Name and Address<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>1973 N Rulon White Blvd<br>Ogden, UT 84201-0062 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **0186** |

| | |
|---|---|
| Name and Address<br>**Destiny USA Holdings, LLC**<br>**c/o Akerman, LLP**<br>350 E Las Olas Blvd # 1600<br>Fort Lauderdale, FL 33301-4247 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Destiny USA Holdings, LLC**<br>**c/o Young/Sommer LLC**<br>Five Palisades Dr<br>Albany, NY 12205 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Frank Entertainment Group, LLC**<br>**c/o GrayRobinson, P.A.**<br>515 N Flagler Dr # 1425<br>West Palm Beach, FL 33401 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**GM Financial**<br>POB 100<br>Williamsville, NY 14231 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **1737** |

| | |
|---|---|
| Name and Address<br>**Investors Bank**<br>**c/o Dilworth Paxson LLP**<br>1500 Market St # 3500E<br>Philadelphia, PA 19102 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **8508** |

| | |
|---|---|
| Name and Address<br>**Jessica Crowder**<br>**NJ Division of Taxation**<br>**Pioneer Credit Recovery**<br>POB 1018<br>Moorestown, NJ 08057-1018 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.3** of (Check one):<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **4000** |

| | |
|---|---|
| Name and Address<br>**National Commercial Builders, Inc.**<br>**c/o Hurvitz & Waldman LLC**<br>1008 S New Rd<br>Pleasantville, NJ 08232 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**NEC Financial Services, LLC**<br>**c/o Romano, Garubo & Argentieri**<br>52 Newton Ave<br>Woodbury, NJ 08096 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

Debtor 1   **Bruce Steven Frank**                                                Case number (if known) _____

| | | |
|---|---|---|
| Name and Address<br>**NEC Financial Services, LLC**<br>**c/o Mitrani, Rynor, Adamsky &**<br>**Toland, PA**<br>**1200 Weston Rd # PH**<br>**Weston, FL 33326**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| Name and Address<br>**No S Properties, LLC**<br>**c/o Tyree, Embree & Associates,**<br>**PLLC**<br>**3564 Teays Valley Rd**<br>**Hurricane, WV 25526**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| Name and Address<br>**No S Properties, LLC**<br>**500 Corporate Centre Dr # 550**<br>**Scott Depot, WV 25560**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| Name and Address<br>**Professional Bank**<br>**1567 San Remo Ave**<br>**Coral Gables, FL 33146**<br><br>Last 4 digits of account number          **0003** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| Name and Address<br>**Sony Pictures Releasing**<br>**10202 W Washington Blvd**<br>**Culver City, CA 90232-3119**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.40** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| Name and Address<br>**Suntrust Bank Atlanta**<br>**POB 85526**<br>**Richmond, VA 23285**<br><br>Last 4 digits of account number          **1610** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.42** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| Name and Address<br>**Surrey Bank & Trust**<br>**c/o R. Bradford Leggett, Esq.**<br>**Allman Spry**<br>**Post Office Drawer 5129**<br>**Winston Salem, NC 27113-5129**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.43** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| Name and Address<br>**Surrey Bank & Trust**<br>**c/o Richard M. Lovelace, Jr., P.A.**<br>**POB 1704**<br>**Conway, SC 29528**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.43** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| Name and Address<br>**Surrey Bank & Trust**<br>**c/o R. Bradford Leggett, Esq.**<br>**Allman Spry**<br>**Post Office Drawer 5129**<br>**Winston Salem, NC 27113-5129**<br><br>Last 4 digits of account number          **5200** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| Name and Address<br>**Surrey Bank & Trust**<br>**c/o Richard M. Lovelace, Jr., P.A.**<br>**POB 1704**<br>**Conway, SC 29528**<br><br>Last 4 digits of account number          **5200** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1   **Bruce Steven Frank**                                         Case number *(if known)* _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **United Bank of Philadelphia**<br>**McElroy, Deutsch, Mulvaney &**<br>**Carpenter**<br>**1617 John F. Kennedy Blvd # 1500**<br>**Philadelphia, PA 19103-1815** | Line **4.48** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Universal Film Exchanges LLC**<br>**100 Universal City Plaza**<br>**Universal City, CA 91608** | Line **4.49** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **WhiteKnight Solutions LLC**<br>**490 Sawgrass Corporate Pkwy # 200**<br>**Sunrise, FL 33325-6252** | Line **4.52** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number       **5410** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **WhiteKnight Solutions LLC**<br>**4455 Military Trail # 201**<br>**Jupiter, FL 33458-4828** | Line **4.52** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number       **5410** |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $                    0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $          603,942.94 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $                    0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $                    0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $          603,942.94 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $                    0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $                    0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $                    0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $       51,356,360.25 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $       51,356,360.25 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bruce Steven Frank** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1<br>Name<br><br>Number      Street<br><br>City            State      ZIP Code | |
| 2.2<br>Name<br><br>Number      Street<br><br>City            State      ZIP Code | |
| 2.3<br>Name<br><br>Number      Street<br><br>City            State      ZIP Code | |
| 2.4<br>Name<br><br>Number      Street<br><br>City            State      ZIP Code | |
| 2.5<br>Name<br><br>Number      Street<br><br>City            State      ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bruce Steven Frank** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 **All Star Development of Conway, LLC** **1003 W Indiantown Rd # 210** **Jupiter, FL 33458** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.43** ☐ Schedule G _____ **Surrey Bank & Trust** |
| 3.2 **Estate of Terry Parmet Frank** **c/o Bruce Steven Frank** **1003 W Indiantown Rd # 210** **Jupiter, FL 33458** | ■ Schedule D, line **2.5** ☐ Schedule E/F, line _____ ☐ Schedule G _____ **The Bancorp Bank** |
| 3.3 **FEC Holdings, LLC** **1003 W Indiantown Rd # 210** **Jupiter, FL 33458** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.48** ☐ Schedule G _____ **United Bank of Philadelphia** |

Debtor 1  **Bruce Steven Frank**                                              Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4  **Frank All Star Theatres, LLC**
1003 W Indiantown Rd # 210
Jupiter, FL 33458

■ Schedule D, line ___**2.5**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**The Bancorp Bank**

---

3.5  **Frank Entertainment Companies, LLC**
c/o Shraiberg Landau & Page, P.A.
2385 NW Executive Center Dr # 300
Boca Raton, FL 33431

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Destiny USA Holdings, LLC**

---

3.6  **Frank Entertainment Companies, LLC**
c/o Shraiberg Landau & Page, P.A.
2385 NW Executive Center Dr # 300
Boca Raton, FL 33431

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Kingsport Mall, LLC**

---

3.7  **Frank Entertainment Companies, LLC**
c/o Shraiberg Landau & Page, P.A.
2385 NW Executive Center Dr # 300
Boca Raton, FL 33431

■ Schedule D, line ___**2.5**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**The Bancorp Bank**

---

3.8  **Frank Entertainment Companies, LLC**
c/o Shraiberg Landau & Page, P.A.
2385 NW Executive Center Dr # 300
Boca Raton, FL 33431

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**NEC Financial Services, LLC**

---

3.9  **Frank Entertainment Companies, LLC**
c/o Shraiberg Landau & Page, P.A.
2385 NW Executive Center Dr # 300
Boca Raton, FL 33431

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**Core Equity II, L.P.**

---

3.10  **Frank Entertainment Companies, LLC**
c/o Shraiberg Landau & Page, P.A.
2385 NW Executive Center Dr # 300
Boca Raton, FL 33431

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Newspaper Media Group**

---

Debtor 1  **Bruce Steven Frank**

Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11  **Frank Entertainment Companies, LLC**<br>**c/o Shraiberg Landau & Page, P.A.**<br>**2385 NW Executive Center Dr # 300**<br>**Boca Raton, FL 33431** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  __4.10__<br>☐ Schedule G _____<br>**Buena Vista Pictures Distribution** |
| 3.12  **Frank Entertainment Companies, LLC**<br>**c/o Shraiberg Landau & Page, P.A.**<br>**2385 NW Executive Center Dr # 300**<br>**Boca Raton, FL 33431** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  __4.46__<br>☐ Schedule G _____<br>**Twentieth Century Fox Film Corp.** |
| 3.13  **Frank Entertainment Group, LLC**<br>**1003 W Indiantown Rd # 210**<br>**Jupiter, FL 33458** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  __4.26__<br>☐ Schedule G _____<br>**Kingsport Mall, LLC** |
| 3.14  **Frank Entertainment Group, LLC**<br>**1003 W Indiantown Rd # 210**<br>**Jupiter, FL 33458** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  __4.39__<br>☐ Schedule G _____<br>**Saucon Valley School District** |
| 3.15  **Frank Hospitality Penn Treaty, LLC**<br>**1003 W Indiantown Rd # 210**<br>**Jupiter, FL 33458** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  __4.48__<br>☐ Schedule G _____<br>**United Bank of Philadelphia** |
| 3.16  **Frank Hospitality Penn Treaty, LLC**<br>**1003 W Indiantown Rd # 210**<br>**Jupiter, FL 33458** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  __4.15__<br>☐ Schedule G _____<br>**Core Equity II, L.P.** |
| 3.17  **Frank Investments, Inc.**<br>**c/o Shraiberg Landau & Page, P.A.**<br>**2385 NW Executive Center Dr # 300**<br>**Boca Raton, FL 33431** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  __4.24__<br>☐ Schedule G _____<br>**Investors Bank** |
| 3.18  **Frank Investments, Inc.**<br>**c/o Shraiberg Landau & Page, P.A.**<br>**2385 NW Executive Center Dr # 300**<br>**Boca Raton, FL 33431** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  __4.51__<br>☐ Schedule G _____<br>**Water Tower Square Associates** |

Debtor 1   **Bruce Steven Frank**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

3.19   **Frank Investments, Inc.**
**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.11**
☐ Schedule G _____
**Centennial Bank**

3.20   **Frank Investments, Inc.**
**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

■ Schedule D, line   **2.5**
☐ Schedule E/F, line _____
☐ Schedule G _____
**The Bancorp Bank**

3.21   **Frank Investments, Inc.**
**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.23**
☐ Schedule G _____
**GM Financial**

3.22   **Frank Investments, Inc.**
**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

■ Schedule D, line   **2.6**
☐ Schedule E/F, line _____
☐ Schedule G _____
**VW Credit, Inc**

3.23   **Frank Investments, Inc.**
**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

■ Schedule D, line   **2.4**
☐ Schedule E/F, line _____
☐ Schedule G _____
**TD Auto Finance, LLC**

3.24   **Frank Investments, Inc.**
**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.16**
☐ Schedule G _____
**De Lage Landen Financial Services, Inc.**

3.25   **Frank Management, LLC**
**1003 W Indiantown Rd # 210**
**Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.30**
☐ Schedule G _____
**NEC Financial Services, LLC**

3.26   **Frank Management, LLC**
**1003 W Indiantown Rd # 210**
**Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.35**
☐ Schedule G _____
**Padula Bennardo Levine, LLP**

Debtor 1    **Bruce Steven Frank**                                      Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.27    **Frank Management, LLC**
       **1003 W Indiantown Rd # 210**
       **Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.1___
☐ Schedule G _____
**Department of the Treasury**

---

3.28    **Frank Montgomeryville, LLC**
       **1003 W Indiantown Rd # 210**
       **Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.51___
☐ Schedule G _____
**Water Tower Square Associates**

---

3.29    **Frank Theatre Group**
       **8205 Lagoon Dr # 210**
       **Margate City, NJ 08402**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.40___
☐ Schedule G _____
**Sony Pictures Releasing**

---

3.30    **Frank Theatres Inlet Square, LLC**
       **1003 W Indiantown Rd # 210**
       **Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.28___
☐ Schedule G _____
**Murrells Retail Associates, LLC**

---

3.31    **Frank Theatres Inlet Square, LLC**
       **1003 W Indiantown Rd # 210**
       **Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
**NEC Financial Services, LLC**

---

3.32    **Frank Theatres Inlet Square, LLC**
       **1003 W Indiantown Rd # 210**
       **Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.43___
☐ Schedule G _____
**Surrey Bank & Trust**

---

3.33    **Frank Theatres Inlet Square, LLC**
       **1003 W Indiantown Rd # 210**
       **Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.44___
☐ Schedule G _____
**Surrey Bank & Trust**

---

3.34    **Frank Theatres Kingsport, LLC**
       **1003 W Indiantown Rd # 210**
       **Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.26___
☐ Schedule G _____
**Kingsport Mall, LLC**

---

Debtor 1  **Bruce Steven Frank**                               Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.35  **Frank Theatres Management, LLC**
**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Kingsport Mall, LLC**

---

3.36  **Frank Theatres Management, LLC**
**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.49**___
☐ Schedule G _____
**Universal Film Exchanges LLC**

---

3.37  **Frank Theatres Rio, LLC**
**1003 W Indiantown Rd # 210**
**Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.24**___
☐ Schedule G _____
**Investors Bank**

---

3.38  **Frank Theatres Teays Valley LLC**
**209 W Washington St**
**Charleston, WV 25302**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.33**___
☐ Schedule G _____
**No S Properties, LLC**

---

3.39  **Frank Theatres Teays Valley LLC**
**209 W Washington St**
**Charleston, WV 25302**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.43**___
☐ Schedule G _____
**Surrey Bank & Trust**

---

3.40  **Frank Theatres Victory, LLC**
**1003 W Indiantown Rd # 210**
**Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.9**___
☐ Schedule G _____
**Brixmor Victory Square, LLC**

---

3.41  **Frank Theatres Victory, LLC**
**1003 W Indiantown Rd # 210**
**Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.2**___
☐ Schedule G _____
**Georgia Department of Revenue**

---

3.42  **Joyce Frank**
**392 Eagle Dr**
**Jupiter, FL 33477-4066**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.3**___
☐ Schedule G _____
**State of New Jersey**

---

Debtor 1    **Bruce Steven Frank**

Case number *(if known)*

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.43    **Joyce Frank**
**392 Eagle Dr**
**Jupiter, FL 33477-4066**

- ■ Schedule D, line   **2.3**
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____
- **Professional Bank**

---

3.44    **Joyce Frank**
**392 Eagle Dr**
**Jupiter, FL 33477-4066**

- ■ Schedule D, line   **2.2**
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____
- **Larsen Capital, LLC**

---

3.45    **Joyce Frank**
**392 Eagle Dr**
**Jupiter, FL 33477-4066**

- ☐ Schedule D, line _____
- ■ Schedule E/F, line   **4.37**
- ☐ Schedule G _____
- **Professional Bank**

---

3.46    **Joyce Frank**
**392 Eagle Dr**
**Jupiter, FL 33477-4066**

- ■ Schedule D, line   **2.1**
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____
- **Chrysler Financial/TD Auto**

---

3.47    **Joyce Frank**
**392 Eagle Dr**
**Jupiter, FL 33477-4066**

- ☐ Schedule D, line _____
- ■ Schedule E/F, line   **4.5**
- ☐ Schedule G _____
- **Bank of America, N.A.**

---

3.48    **Joyce Frank**
**392 Eagle Dr**
**Jupiter, FL 33477-4066**

- ☐ Schedule D, line _____
- ■ Schedule E/F, line   **4.7**
- ☐ Schedule G _____
- **Bank of America, N.A.**

---

3.49    **Revolutions at Penn Treaty, LLC**
**1003 W Indiantown Rd # 210**
**Jupiter, FL 33458**

- ☐ Schedule D, line _____
- ■ Schedule E/F, line   **4.48**
- ☐ Schedule G _____
- **United Bank of Philadelphia**

---

3.50    **Revolutions at Penn Treaty, LLC**
**1003 W Indiantown Rd # 210**
**Jupiter, FL 33458**

- ☐ Schedule D, line _____
- ■ Schedule E/F, line   **4.34**
- ☐ Schedule G _____
- **Oracle America, Inc.**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Bruce Steven Frank**                                          Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.51    **Rio Mall, LLC**
**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.24**
☐ Schedule G _____
**Investors Bank**

---

3.52    **Rio Mall, LLC**
**c/o Shraiberg Landau & Page, P.A.**
**2385 NW Executive Center Dr # 300**
**Boca Raton, FL 33431**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.29**
☐ Schedule G _____
**National Commercial Builders, Inc.**

---

3.53    **Superplay Development Group, LLC**
**1003 W Indiantown Rd # 210**
**Jupiter, FL 33458**

■ Schedule D, line    **2.5**
☐ Schedule E/F, line _____
☐ Schedule G _____
**The Bancorp Bank**

---

3.54    **Tilton Shopping Center**
**1003 W Indiantown Rd # 210**
**Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.45**
☐ Schedule G _____
**Sysco Business Services**

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Bruce Steven Frank** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                         12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:       Describe Employment

1. **Fill in your employment information.**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status\*** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | Occupation | **Realtor** | **Self-Employed** |
| | **Employer's name** | **The Sheehan Agency, LLC** | **J Frank Consulting, LLC** |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | **500 University Blvd # 207 Jupiter, FL 33458** | **183 Golf Village Blvd Jupiter, FL 33458** |
| | How long employed there? | 1/1/2018 - present | 5/16/2018 - present |

*See Attachment for Additional Employment Information

### Part 2:       Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **15,000.00** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $ **15,000.00** | $ **0.00** |

Debtor 1 **Bruce Steven Frank**

Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here .......................................... | 4. | | $ **15,000.00** | $ **0.00** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. 6. $ **0.00** | $ **0.00**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. $ **15,000.00** | $ **0.00**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **10,000.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: **Loan proceeds from Larsen Capital, LLC** | 8h.+ | $ **25,000.00** + | $ **0.00** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. 9. $ **25,000.00** | $ **10,000.00**

10. **Calculate monthly income.** Add line 7 + line 9. 10. $ **40,000.00** + $ **10,000.00** = $ **50,000.00**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____ 11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies 12. $ **50,000.00**

    **Combined monthly income**

Debtor 1  **Bruce Steven Frank**                                              Case number (*if known*) _____

13. **Do you expect an increase or decrease within the year after you file this form?**

☐  No.

■  Yes. Explain:  | **J Frank Consulting, LLC is a consulting business whose income fluctuates.  As such, the income associated with this company is speculative.**

**The Debtor's income from The Sheehan Agency, LLC is also speculative and subject to fluctuation, as it relates to Debtor's real estate commissions from the sale of real property.**

**Larsen Capital, LLC is funding the payment of Debtor's first mortgage in order to preserve its collateral.**

**Debtor is attempting to find additional consulting work, and anticipates that his income will increase in the future.** |

Debtor 1  **Bruce Steven Frank**                                    Case number (*if known*) _____

# Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **Consultant** | |
| Name of Employer | **J Frank Consulting, LLC** | |
| How long employed | **7/1/2018 - present** | |
| Address of Employer | **183 Golf Village Blvd** | |
| | **Jupiter, FL 33458** | |

Fill in this information to identify your case:

Debtor 1 _____**Bruce Steven Frank**_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                                   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and   ■ Yes.  Fill out this information for
    Debtor 2.                        each dependent..............

    Do not state the
    dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | Son | 18 | ■ No ☐ Yes |
    | Son | 23 | ■ No ☐ Yes |
    | | | ☐ No ☐ Yes |
    | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                                    4.  $            23,937.24

    If not included in line 4:

    4a.   Real estate taxes                                                     4a.  $                  0.00
    4b.   Property, homeowner's, or renter's insurance                          4b.  $              1,750.00
    4c.   Home maintenance, repair, and upkeep expenses                         4c.  $              1,000.00
    4d.   Homeowner's association or condominium dues                           4d.  $                694.33
5.  **Additional mortgage payments for your residence,** such as home equity loans   5.  $                  0.00

| Debtor 1 | **Bruce Steven Frank** | | Case number (if known) | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **500.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **100.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **500.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **2,000.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **100.00** |
| 10. | **Personal care products and services** | | 10. $ | **200.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **500.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | **400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **50.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **7,000.00** |
| | 15b. | Health insurance | 15b. $ | **1,500.00** |
| | 15c. | Vehicle insurance | 15c. $ | **500.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: **State of New Jersey** | | 16. $ | **20.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **2,070.02** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **628.56** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **750.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **Pet expenses** | | 21. +$ | **100.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **44,300.15** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **44,300.15** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 (*your combined monthly income*) from Schedule I. | | 23a. $ | **50,000.00** |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | **44,300.15** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | **5,699.85** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    | Explain here: |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Bruce Steven Frank** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

<u>Official Form 106Dec</u>
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Bruce Steven Frank** _____    X _____
  **Bruce Steven Frank**                              Signature of Debtor 2
  Signature of Debtor 1

Date **April 26, 2019** _____              Date _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Bruce Steven Frank** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

■ Married
☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **392 Eagle Dr**<br>**Jupiter, FL 33477-4066** | From-To:<br>**1995 - 2016** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **349 Regatta Dr**<br>**Jupiter, FL 33477** | From-To:<br>**2016 - 2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2      Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1   **Bruce Steven Frank**                                              Case number (*if known*)

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$227,137.89** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$225,529.44** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$12,438,250.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$225,209.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | None | $0.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | None | $0.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | Interest | $15,433.00 | | |
| | Short-term capital loss | $-896,627.00 | | |

Debtor 1    **Bruce Steven Frank**                                                                Case number *(if known)*

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| | **Long-term capital loss** | **$-149,607.00** | | |
| | **Rental real estate** | **$2,942,465.00** | | |
| | **Net operating loss carryforward** | **$-23,265,818.00** | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.    Go to line 7.

☑ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Professional Bank 396 Alhambra Cir # 255 Coral Gables, FL 33134** | **Various dates within the last 90 days** | **$96,247.04** | **$3,671,356.63** | ☑ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |
| **Chrysler Financial/TD Auto Attn: Bankruptcy POB 9223 Farmington Hills, MI 48333** | **Various dates within the last 90 days** | **$8,280.08** | **$114,794.00** | ☐ Mortgage ☑ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |

Debtor 1    **Bruce Steven Frank**                                          Case number *(if known)* _____

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Destiny USA Holdings, LLC v. Bruce S. Frank and Frank Entertainment Companies, LLC 003714/2018** | **Breach of Contract** | **Supreme Court of the State of New York 401 Montgomery St Syracuse, NY 13202** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Statement for Judgment entered on 9/7/2018** |
| **Kingsport Mall, LLC v. Frank Theatres Kingsport, LLC, Frank Entertainment Group, LLC, Frank Theatres Management, LLC, Frank Entertainment Companies, LLC, and Bruce Frank 16-VK-35514** | **Unlawful detainer and damages** | **Sullivan County Circuit Court 140 Blountville Bypass POB 585 Blountville, TN 37617** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| **Murrells Retail Associates, LLC v. Frank Theatres Inlet Square, LLC, Frank Entertainment Companies, LLC, and Bruce S. Frank 2017-CP-26-03055** | **Breach of lease agreement** | **Horry County Circuit Court 1301 Second Ave Conway, SC 29526** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Investors Bank v. Rio Mall, LLC, Frank Theatres Rio, LLC, Frank Investments, Inc., Bruce S. Frank, et al SWC-F-006663-18** | **Foreclosure Proceeding** | **Cape May County Superior Court 7 N Main St Cape May Court House, NJ 08210** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Investors Bank v. Rio Mall, LLC, Frank Investments, Inc., and Bruce S. Frank CPM-L-105-18** | **Breach of Contract** | **Superior Court of the State of NJ 25 Market St Trenton, NJ 08611** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1    **Bruce Steven Frank**                                                            Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Bruce S. Frank v. Frank Entertainment Group, LLC**<br>50-2017-CA-012887-XXXX-MB-AG | **Breach of Employment Agreements, Unpaid Wages, Quantum Meruit, and Unjust Enrichment** | **Palm Beach County Circuit Court**<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **NEC Financial Services, LLC v. Frank Theatres Inlet Square, LLC, Frank Entertainment Companies, LLC, Frank Management, LLC, and Bruce Frank**<br>BER-L-008138-17 | **Breach of Loan Documents** | **Bergen County Superior Court**<br>10 Main St<br>Hackensack, NJ 07601 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Brixmor Victory Square, LLC v. Frank Theatres Victory, LLC, and Bruce Frank**<br>SPCV18-00003-FR | **Breach of Lease Agreemennt** | **Chatham County Superior Court**<br>133 Montgomery St<br>Savannah, GA 31401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **National Commercial Builders, Inc. v. Rio Mall, LLC and Bruce Frank**<br>01-18-0001-8825 | **Breach of Contract** | **American Arbitration Association**<br>1101 Laurel Oak Rd # 100<br>Voorhees, NJ 08043 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **United Bank of Philadelphia v. Revolutions at Penn Treaty, LLC, Frank Hospitality Penn Treaty, LLC, FEC Holdings, LLC, and Bruce S. Frank**<br>181100869 | **Breach of Contract** | **Philadelphia County Court of Common Pleas**<br>1400 John F Kennedy Blvd<br>Philadelphia, PA 19107 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Centennial Bank v. Frank Investments, Inc., Bruce S. Frank, et al**<br>50-2018-CA-014535-XXXX-MB-AN | **Foreclose Mortgage, Promissory Note, , Foreclose Security Interest, and Recover Collateral** | **Palm Beach County Circuit Court**<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ajax Metal Building Master Tenant LP v. Bruce Frank**<br>LT-18-12-03-3158 | **Breach of Contract** | **Philadelphia Municipal Court**<br>1339 Chestnut St<br>10th Floor<br>Philadelphia, PA 19107 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Notice of Judgment entered on 1/14/2019** |
| **No S Properties, LLC v. Bruce L. Frank and Frank Theatres Teays Valley, LLC**<br>19-C-4 | **Breach of Contract, Unjust Enrighment, Ejectment, Distress, and Injunctive Relief** | **Putnam County Circuit Court**<br>3389 Winfield Rd<br>Winfield, WV 25213 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Bruce Steven Frank**                                     Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **35 Oak US 5, Inc. v. Frank Theatres Coral Springs, LLC, Frank Theatres, LLC, and Bruce Frank 18-023355 CACE 12** | **Contract & Indebtedness** | **Broward County Circuit Court 201 SE 6 St Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Final Judgment After Default entered on 12/6/2018.** |
| **Bruce S. Frank v. Destiny USA Holdings, LLC 50-2019-CA-000406-XXXX-MB-AF** | **Action Challenging Validity of Foreign Judgment** | **Palm Beach County Circuit Court 205 N Dixie Hwy West Palm Beach, FL 33401** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Notice of Voluntary Dismissal and Release of Lis Pendens filed on 1/24/2019.** |
| **Core Equity II, L.P. v. Revolutions at Penn Treaty, LLC, Bruce FRank, Frank Entertainment Companies, Inc., and Frank Hospitality Penn Treaty, LLC LT-18-09-05-3225** | **Breach of Contract** | **Philadelphia Municipal Court First Judicial District of Pennsylvania 1339 Chestnut St 10th Floor Philadelphia, PA 19107** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Kingsport Mall, LLC v. Frank Theatres Kingsport, LLC, Frank Entertainment Group, LLC, Frank Theatres Management, LLC, Frank Entertainment Companies, LLC, and Bruce Frank C41740(B)** | **Breach of Contract** | **Sullivan County Circuit Court 140 Blountville Bypass POB 585 Blountville, TN 37617** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ■ No
   ☐ Yes

Debtor 1   **Bruce Steven Frank**                                   Case number (*if known*) _____

---

**Part 5:**    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
|  |  |  |  |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
|  |  |  |  |

**Part 6:**    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

**Part 7:**    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| A 123 Credit Counselors, Inc<br>701 NW 62 Ave # 160<br>Miami, FL 33126<br>a123cc.org | pre-filing credit counseling course - $20.00 | 2/1/2019 | $20.00 |

   **Statement of Financial Affairs for Individuals Filing for Bankruptcy**   

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   

Debtor 1    **Bruce Steven Frank**                                    Case number *(if known)*_____

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Leiderman Shelomith Alexander +**<br>**Somodevilla, PLLC**<br>**2699 Stirling Rd # C401**<br>**Fort Lauderdale, FL 33312**<br>**lsaslaw.com** | **$33,243.00 - fee advance**<br>**$1,717.00 - filing fee**<br>**$40.00 - credit report** | **12/13/2018 -**<br>**$5,000.00 -**<br>**paid by**<br>**Debtor**<br>**1/15/2019 -**<br>**$20,000.00 -**<br>**paid by Astor**<br>**Weiss Kaplan**<br>**& Mandel,**<br>**LLP trust**<br>**account**<br>**4/25/2019 -**<br>**$10,000.00 -**<br>**paid by Frank**<br>**Consulting**<br>**Services, LLC** | **$35,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Jack Schaffer**<br>**Unknown**<br>**MI**<br><br>**None** | **2005 Jefferson Marlago boat - $59,500.00** | **$59,500.00 - used to pay off a loan** | **6/2018** |
| **Jaguar Land Rover Aston Martin**<br>**Naples**<br>**900 Tamiami Trail N**<br>**Naples, FL 34102**<br><br>**None** | **Debtor made a $15,000.00 downpayment toward the financing of the 2014 Bentley listed on Schedule B.** | **The 2014 Bentley listed on Schedule B.** | **5/19/2018** |

Debtor 1    **Bruce Steven Frank**                                    Case number *(if known)*

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Joyce Frank<br>392 Eagle Dr<br>Jupiter, FL 33477-4066**<br><br>**Debtor's wife** | **$50,000.00 was transferred ($25,000.00 on 12/7/2018 and $25,000.00 on 12/10/2018) from Debtor's joint bank account with his wife (Professional Bank Acct # 0361) to Debtor's wife's bank account (Professional Bank Acct # 4071) to pay household expenses.** | **Household expenses were paid.** | **12/7/2018 and 12/10/2018** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
   - ■ No
   - ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
   - ☐ No
   - ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Ameritas Investment Corp.<br>5900 O St<br>Lincoln, NE 68510** | **XXXX-6421** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Frank Management LLC 401(k) Plan** | **6/30/2018** | **$1,602.01** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
   - ■ No
   - ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
   - ☐ No
   - ■ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Debtor 1    **Bruce Steven Frank**                                                                Case number *(if known)*

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Brandon Transfer & Storage 2900 Tuxedo Ave West Palm Beach, FL 33405** | **Bruce Steven Frank 392 Eagle Dr Jupiter, FL 33477-4066** | **See the attached Personal Property Appraisal prepared by Martin Claire & Co. LLC** | ☐ No ■ Yes |

## Part 9:    Identify Property You Hold or Control for Someone Else

23.    **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐    **No**
■    **Yes. Fill in the details.**

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|
| **Joyce Frank 392 Eagle Dr Jupiter, FL 33477-4066** | **183 Golf Village Blvd Jupiter, FL 33458** | **All personal property, furniture, and fixtures, other than those items listed on Schedule B, are owned by Debtor's wife.** | **Unknown** |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■    *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■    *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■    *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.    **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■    **No**
☐    **Yes. Fill in the details.**

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.    **Have you notified any governmental unit of any release of hazardous material?**

■    **No**
☐    **Yes. Fill in the details.**

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.    **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■    **No**
☐    **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address *(Number, Street, City, State and ZIP Code)* | Nature of the case | Status of the case |
|---|---|---|---|

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page **10**

Debtor 1    **Bruce Steven Frank**                                                          Case number (*if known*) _____

| Part 11: | Give Details About Your Business or Connections to Any Business |

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **See attached Bruce Frank - List of Business Interests (Within 4 Years Prior to Petition Date)** | | EIN:<br><br>From-To |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

| Part 12: | Sign Below |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Bruce Steven Frank**                                      _____
**Bruce Steven Frank**                                         **Signature of Debtor 2**
Signature of Debtor 1

Date    **April 26, 2019**                                     Date _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).