UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

BRUCE STEVEN FRANK,                        Case No. 19-15509-EPK

    Debtor.                                                 Chapter 11

_____/

**AGREED *EX PARTE* MOTION TO EXTEND CLAIMS
BAR DATE FOR THE FRANK ENTITIES**

Frank Investments, Inc., a Florida Corporation, Frank Investments, Inc., a New Jersey Corporation, and Frank Theaters Management, LLC (collectively, the "Franks Entities"), pursuant to Fed. R. Bank. P. 3003 and 9006 and Local Rules 3003-1 and 9013-1, request the entry of an order extending the Frank Entities' deadline to file proofs of claim in Bruce Steven Frank's (the "Debtor") chapter 11 case by thirty days. In support of the request, the Frank Entities state:

**BACKGROUND**

1.       On April 26, 2019, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.       The Frank Entities are chapter 11 debtors in possession in the cases of *In re Frank Investments, Inc., et al.*, Lead Case No. 18-20019-EPK, which are also pending in this Court. The Frank Entities are determining whether they may assert a claim in this case.

3.       Pursuant to Local Rule 3003-1, the bar date for creditors other than governmental units to file proofs of claim is 90 days after the first date set for the meeting of creditors.

4.       The Debtor's section 341 meeting of creditors was held and concluded May 30, 2019. *See* ECF No. 11.

5.       Accordingly, the deadline for creditors other than governmental units to submit

proofs of claim is August 28, 2019 (the "Claims Bar Date").

6. Through this motion, the Frank Entities seek to extend the Claims Bar Date by thirty days to determine whether they may file a claim in the Debtor's case.

7. This extension is being sought on behalf of the Frank Entities and is not intended to apply to any other creditor.

8. This extension is not being sought for purposes of delay and will not prejudice any interested party.

9. Counsel for the Frank Entities has communicated with counsel for the Debtor and has been advised that the Debtor does not oppose the relief requested herein.

10. Contemporaneously with the filing of this motion, undersigned counsel has electronically submitted a proposed order granting the relief requested herein.

**WHEREFORE,** the Frank Entities respectfully request the entry of an order in substantially the same form as the proposed order attached hereto as **Exhibit "A"**, extending the Claims Bar Date by thirty days, through and including September 27, 2019, and for such further relief as the Court deems just and proper.

Dated July 25, 2019

        Respectfully Submitted,

        **SHRAIBERG, LANDAU & PAGE, P.A.**
        Attorneys for the Franks
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        msmith@slp.law
        pdorsey@slp.law

        By: */s/ Max J. Smith*
            Max J. Smith
            Florida Bar No. 1003544

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on July 25, 2019.

By:   */s/ Max J. Smith*
       Max J. Smith

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

BRUCE STEVEN FRANK,  Case No. 19-15509-EPK

   Debtor.  Chapter 11

_____/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION TO EXTEND
CLAIMS BAR DATE FOR THE FRANK ENTITIES**

**THIS MATTER** came before the Court without hearing upon the *Agreed Ex Parte Motion to Extend Claims Bar Date for the Frank Entities* (the "Agreed Motion") [ECF No. __]. The Court, having reviewed the Agreed Motion, being advised of the consent of Bruce Frank (the "Debtor"), and being otherwise duly advised in the premises, hereby:

**ORDERS AND ADJUDGES** that:

{2277/000/00474465}5

1. The Agreed Motion is **GRANTED**.

2. The deadline for Frank Investments, Inc., a Florida Corporation, Frank Investments, Inc., a New Jersey Corporation, and Frank Theaters Management, LLC to file proof of claims in the Debtor's chapter 11 case is extended through and including September 27, 2019.

# # #

SUBMITTED BY:

Max J. Smith, Esq.
**SHRAIBERG, LANDAU & PAGE, P.A.**
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  msmith@slp.law

Max J. Smith, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.