

**ORDERED in the Southern District of Florida on July 26, 2019.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

BRUCE STEVEN FRANK,                                        Case No. 19-15509-EPK

     Debtor.                                                            Chapter 11

_____/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION TO EXTEND**
**CLAIMS BAR DATE FOR THE FRANK ENTITIES**

     **THIS MATTER** came before the Court without hearing upon the *Agreed Ex Parte Motion*

*to Extend Claims Bar Date for the Frank Entities* (the "Agreed Motion") [ECF No. 62]. The Court,

having reviewed the Agreed Motion, being advised of the consent of Bruce Frank (the "Debtor"),

and being otherwise duly advised in the premises, hereby:

     **ORDERS AND ADJUDGES** that:

{2277/000/00474465}5

1.      The Agreed Motion is **GRANTED**.

2.      The deadline for Frank Investments, Inc., a Florida Corporation, Frank Investments, Inc., a New Jersey Corporation, and Frank Theaters Management, LLC to file proof of claims in the Debtor's chapter 11 case is extended through and including September 27, 2019.

# # #

SUBMITTED BY:

Max J. Smith, Esq.
**SHRAIBERG, LANDAU & PAGE, P.A.**
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  msmith@slp.law

Max J. Smith, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{2277/000/00474465}6