UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

BRUCE STEVEN FRANK,   Case No. 19-15509-EPK

   Debtor.   Chapter 11

_____/

**AGREED *EX PARTE* MOTION TO EXTEND DEADLINES
TO FILE PROOF OF CLAIM, OBJECT TO DEBTOR'S EXEMPTIONS
AND OBJECT TO DISCHARGEABILITY OF A DEBT**

Frank Investments, Inc., a Florida Corporation, Frank Investments, Inc., a New Jersey Corporation, and Frank Theaters Management, LLC (collectively, the "Frank Entities"), pursuant to Fed. R. Bank. P. 4003, 4007, and 9006, and Local Rule 9013-1, request the entry of an order extending by sixty days the time within which they may file a proof of claim, object to the debtor, Bruce Frank's (the "Debtor"), claimed exemptions and/or file a complaint determining the dischargeability of a particular debt under 11 U.S.C. § 523.  In support of the request, the Frank Entities state:

    1.    On April 26, 2019, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

    2.    The Frank Entities are chapter 11 debtors in possession in the cases of *In re Frank Investments, Inc., et al.*, Lead Case No. 18-20019-EPK, which are also pending in this Court.

    3.    By prior orders, the Court has extended the Frank Entities' deadlines to file a claim, object to the Debtor's claimed exemptions and/or object to the dischargeability of a debt to November 26, 2019 (the "Deadlines").  ECF Nos. 65, 73 and 130.

    4.    Through this Agreed Motion, the Frank Entities request an extension of the

Deadlines by approximately sixty (60) days, through and including Monday January 27, 2019. This extension is not being sought for purposes of delay and will not prejudice any interested party. The Debtor has not yet filed a plan or disclosure statement and the extensions will not affect the administration of the estate.  Rather, it will enable the Frank Entities to make a determination as to the viability and benefit of taking action with respect to any alleged claims in this case.

5. Counsel for the Frank Entities has communicated with counsel for the Debtor and has been advised that the Debtor does not oppose the relief requested herein.

6. Contemporaneously with the filing of this motion, undersigned counsel has electronically submitted a proposed order granting the relief requested herein.

**WHEREFORE,** the Frank Entities respectfully request that this Court enter an order extending the Deadlines by sixty days, through and including January 27, 2019, and for such further relief as the Court deems just and proper.

Dated November 25, 2019

          Respectfully Submitted,

          **SHRAIBERG, LANDAU & PAGE, P.A.**
          Attorneys for the Frank Entities
          2385 NW Executive Center Drive, #300
          Boca Raton, Florida 33431
          Telephone: 561-443-0800
          Facsimile: 561-998-0047
          pdorsey@slp.law

         By:  */s/ Patrick Dorsey*
           Patrick Dorsey
           Florida Bar No. 85841

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on November 25, 2019.

By: ⎯⎯ */s/ Patrick Dorsey* ⎯⎯⎯⎯⎯⎯⎯⎯
      Patrick Dorsey

{2230/000/00484029}3