

**ORDERED in the Southern District of Florida on May 29, 2020.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

BRUCE STEVEN FRANK,                    Case No. 19-15509-EPK

    Debtor.                                  Chapter 11

_____/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION
TO EXTEND DEADLINES TO FILE PROOF OF CLAIM,
OBJECT TO DEBTOR'S EXEMPTIONS
AND OBJECT TO DISCHARGEABILITY OF A DEBT**

**THIS MATTER** came before the Court without hearing upon the *Agreed Ex Parte Motion to Extend Deadlines to File a Proof of Claim, Object to Debtor's Exemptions and Object to Dischargeability of a Debt* (the "Agreed Motion") [ECF No. 244]. The Court, having reviewed the Agreed Motion, being advised of the consent of Bruce Frank (the "Debtor"), and being

{2230/000/00498838}

otherwise duly advised in the premises, hereby:

**ORDERS AND ADJUDGES** that:

1. The Agreed Motion is **GRANTED**.

2. The deadlines by which Frank Investments, Inc., a Florida Corporation, Frank Investments, Inc., a New Jersey Corporation, and Frank Theaters Management, LLC may : (a) file a proof of claim, (b) file objections to the Debtor's claimed exemptions; and/or (c) file a complaint objecting to the dischargeability of a certain debt under 11 U.S.C. § 523 are extended through and including July 20, 2020.

# # #

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG, LANDAU & PAGE, P.A.**
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{2230/000/00498838}