UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                    Case No. 19-15509-BKC-EPK

BRUCE STEVEN FRANK,                       Chapter 11

    Debtor.

_____/

**DEBTOR-IN-POSSESSION'S MOTION TO APPROVE SETTLEMENT
BETWEEN BRUCE STEVEN FRANK AND ADVISORY TRUST GROUP, LLC, IN ITS
<u>CAPACITY AS TRUSTEE OF THE FRANK THEATERS LIQUIDATING TRUST</u>**

> **Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion.  Any scheduled hearing may then be canceled.**

Bruce Steven Frank (the "<u>Debtor</u>"), by undersigned counsel, pursuant to Fed. R. Bankr. P. 9019 and Local Rules 9019-1, 9013-1(D), respectfully requests that the Court enter an order approving the Settlement Agreement, between the Debtor and Advisory Trust Group, LLC, in its capacity as Trustee (the "<u>Liquidating Trustee</u>") of the Frank Theaters Liquidating Trust (the "<u>Liquidating Trust</u>") (collectively the "<u>Parties</u>"), attached hereto as Exhibit "A", and states as follows:

<u>**FACTUAL BACKGROUND**</u>

1.      On April 26, 2019 (the "<u>Petition Date</u>"), the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.  The Debtor is managing his affairs as Debtor in Possession and no trustee or statutory committee has been appointed.

2.      The Debtor held interests in several companies involved in the motion picture theater industry, as well as ownership of commercial real properties.  Most, if not all, of these companies are now defunct and many filed their own Chapter 11 bankruptcy proceedings.

3.      On December 19, 2018 (the "NJ Petition Date"), Frank Theaters Bayonne/South Cove LLC *et al*. (collectively, the "NJ Debtors")[1] filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the District of New Jersey (the "NJ Court"), which jointly-administered cases are captioned as *In re Frank Theatres Bayonne/South Cove, LLC, et al.*, Case No. 18-34808 (SLM) (the "NJ Cases").

4.      On October 29, 2019, the NJ Court entered the *Consent Order Confirming the NJ Debtors' Modified First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "Modified NJ Confirmation Order"), confirming the *First Amended Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "Modified NJ Plan").

5.      The Modified NJ Plan provides that "[a]s of the Effective Date…the Liquidating Trust (for General Unsecured Claims)…shall have the sole authority to [f]ile objections, settle, compromise, withdraw or litigate to judgment objections to all Claims." *See* Plan at Section VII.

6.      Pursuant to the *Frank Theaters Liquidating Trust Agreement* (the "Liquidating Trust Agreement"), the Liquidating Trustee "shall have the authority to allow, reconcile, and file objections to General Unsecured Claims, and to settle, compromise, withdraw, or litigate to judgment objections to any and all General Unsecured Claims." *See* Liquidating Trust Agreement, at section 3.3.

7.      The Modified NJ Plan provides that the Liquidating Trust is "vested with and shall retain and may enforce any and all Claims, rights, demands and Causes of Action of

---

1 The NJ Debtors are as follows: Frank Theatres Bayonne/South Cove, LLC; Frank All Star Theatres, LLC; Frank Theatres Kingsport LLC; Frank Theatres Montgomeryville, LLC; Frank Theatres Rio, LLC; Frank Theatres Towne, LLC; Frank Theatres Mt. Airy, LLC; Frank Theatres Sanford, LLC; Frank Theatres Shallotte, LLC; Revolutions at City Place LLC; Revolutions of Saucon Valley LLC; Frank Entertainment Rock Hill LLC ; Frank Entertainment PSL, LLC; Frank Hospitality Saucon Valley LLC; and Galleria Cinema, LLC.

any kind or nature whatsoever held by, through, or on behalf of the Debtors, the Committee and/or the Estates against any other Entity . . ." *See* Modified NJ Plan, at Section V[2].

8.      On February 4, 2019, the Debtor filed a Proof of Claim No. 52 in the NJ Cases for $1,462,916.00 as an unsecured claim ("Debtor's POC").

9.      The Liquidating Trustee has asserted informal objections to the FL Plan and FL Disclosure Statement. The Debtor disputes Liquidating Trustee's objections.

## SETTLEMENT TERMS AMONG THE PARTIES

10.      The Debtor and Liquidating Trustee have discussed and argued their respective positions and have otherwise negotiated in good faith regarding the Liquidating Trustee rights against the Debtor's POC and the Liquidating Trustee's treatment in the FL Plan, and have agreed to amicably resolve any and all issues relating to same, in order to avoid the uncertainties and expense of litigation, as set forth in the Settlement Agreement attached hereto as Exhibit "A".

11.      The Settlement Agreement provides for the following resolution:

a.  The Liquidating Trustee shall not: (i) file a proof of claim in the FL Bankruptcy; (ii) be entitled to any distribution as a general unsecured creditor in the Debtor's chapter 11 bankruptcy case; or (iii) object to either the Debtor's Disclosure Statement or Chapter 11 Plan.

b.  The Liquidating Trustee shall retain any and all rights to assert all claims, causes of action (including, for the avoidance of doubt, any claims against the Debtor arising under chapter 5 of the Bankruptcy Code), and defenses for the purpose of objecting to or defending against Debtor's POC in the NJ Cases, including, but not limited to, offsetting the amounts asserted in the Debtor's POC against the claims.  The Liquidating Trustee has not waived any claims by not appearing in or filing a proof of claim in the FL Bankruptcy to the extent such claims are used defensively with respect to the Debtor's POC.

---

2 "Causes of Action," in turn, is broadly defined to include, among other things, all avoidance actions under Chapter 5 of the Bankruptcy Code, all "Claims, actions, causes of action . . . counterclaims and crossclaims of any Debtor and/or any of the Estates . . ." *Id.*, at Section I.A.23.

*12.      The foregoing overview of the Settlement Agreement is included here for summary purposes only and is not intended to constitute a full recitation of the terms of the Settlement Agreement.  Accordingly, review of the foregoing or this Motion should not be a substitute for review of the complete Settlement Agreement.*

13.      The Debtor believes that this settlement is in the best interest of the estate and is fair and reasonable.

14.      The Court has broad discretion to approve a settlement or compromise, and it should do so unless the proposed settlement falls below the lowest point in the range of reasonableness.  *In re Bi-Coastal Corp.*, 164 B.R. 1009, 1016 (Bankr. M.D. Fla. 1993).  The Eleventh Circuit has set forth the following factors that must be considered in determining whether to approve a settlement or compromise:  (a) the probability of success in the litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises.  *In re Justice Oaks II, Ltd.*, 898 F.2d 1544, 1548 (11th Cir. 1990), *cert. denied* 498 U.S. 959 (1990).

15.      Specifically, with respect to factor (a), while the Debtor believes that the probability of success is in the Debtor's favor, any litigation would involve an evidentiary hearing relating to whether the Liquidating Trustee had notice of the Debtor's bankruptcy and whether the Liquidating Trustee has valid claims against the Debtor.

16.      Specifically, with respect to factor (b), the Debtor does not believe this is relevant considering the circumstances.

17.      Specifically, with respect to factor (c), as mentioned above, the litigation would involve an evidentiary hearing.  The litigation would add significant expense and delay in the distribution of assets of the bankruptcy estate to the general unsecured creditors.

18.     Specifically, with respect to factor (d), avoiding the litigation would save significant expense to the bankruptcy estate, and significantly speed up the distribution of assets of the bankruptcy estate.

19.     Based on the above, the Debtor believes that the settlement is in the best interest of the creditors.

WHEREFORE, the Debtor respectfully requests the Court enter an order approving the settlement with the Liquidating Trustee, as set forth above, in the form set forth in the attached proposed Order, and for such other and further relief as the Court deems just and proper.

Dated:  June 1, 2020

LEIDERMAN SHELOMITH ALEXANDER
+ SOMODEVILLA, PLLC.
Attorneys for the Debtor
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
    FELIPE PLECHAC-DIAZ
    Florida Bar No. 0105483
    fpd@lsaslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all parties listed on the attached creditor matrix, by U.S. Mail, on June 1, 2020.

By:_____/s/_____
    Felipe Plechac-DIaz

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

---

In re:                                                        Case No.: 19-15509-BKC-EPK

BRUCE STEVEN FRANK,                              Chapter 11

                              Debtor.

_____/

**STIPULATION BETWEEN DEBTOR BRUCE STEVEN FRANK AND ADVISORY
TRUST GROUP, LLC, IN ITS CAPACITY AS TRUSTEE OF THE FRANK THEATERS
LIQUIDATING TRUST RESOLVING THE LIQUIDATING TRUST'S INFORMAL
OBJECTIONS TO DISCLOSURE STATEMENT/PLAN**

        This Stipulation is entered into by and between, on the one hand, Bruce Steven Frank (the

"Debtor"), and, on the other hand, Advisory Trust Group, LLC, in its capacity as Trustee (the

"Liquidating Trustee") of the Frank Theaters Liquidating Trust (the "Liquidating Trust").  The

Debtor and the Liquidating Trustee are collectively referred to herein as the "Parties," and each a

"Party."

        A.        **WHEREAS,** on April 26, 2019 (the "FL Petition Date"), the Debtor filed

a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, in the

United States Bankruptcy Court for the Southern District of Florida (the "FL Court"), which case

is captioned as *In re Bruce Steven Frank.*, Case No. 19-15509-BKC-EPK (the "FL Bankruptcy");

        B.        **WHEREAS**, on April 21, 2020, the Debtor filed the *Plan of

Reorganization of Bruce Steven Frank* (the "FL Plan") and the *Disclosure Statement in Support

of Plan of Reorganization of Bruce Steven Frank* (the "FL Disclosure Statement");

Exhibit A

C.     **WHEREAS**, the FL Plan seeks to affect the rights of third parties as against the Debtor, including, *inter alia*, through a discharge of debts against the Debtor, *see* FL Plan at Article VII, and an injunction over actions against the Debtor, *see* FL Plan at Article IX;

D.     **WHEREAS**, on December 19, 2018 (the "NJ Petition Date"), Frank Theaters Bayonne/South Cove LLC *et al*. (collectively, the "NJ Debtors")[1] filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the District of New Jersey (the "NJ Court"), which jointly-administered cases are captioned as *In re Frank Theatres Bayonne/South Cove, LLC, et al.*, Case No. 18-34808 (SLM) (the "NJ Cases");

E.     **WHEREAS**, on October 29, 2019, the NJ Court entered the *Consent Order Confirming the NJ Debtors' Modified First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "Modified NJ Confirmation Order"), confirming the *First Amended Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "Modified NJ Plan");

F.     **WHEREAS**, the Modified NJ Plan provides that "[a]s of the Effective Date…the Liquidating Trust (for General Unsecured Claims)…shall have the sole authority to [f]ile objections, settle, compromise, withdraw or litigate to judgment objections to all Claims." *See* Plan at Section VII;

G.     **WHEREAS**, pursuant to the *Frank Theaters Liquidating Trust Agreement* (the "Liquidating Trust Agreement"), the Liquidating Trustee "shall have the authority to allow,

---

[1] The NJ Debtors are as follows: Frank Theatres Bayonne/South Cove, LLC; Frank All Star Theatres, LLC; Frank Theatres Kingsport LLC; Frank Theatres Montgomeryville, LLC; Frank Theatres Rio, LLC; Frank Theatres Towne, LLC; Frank Theatres Mt. Airy, LLC; Frank Theatres Sanford, LLC; Frank Theatres Shallotte, LLC; Revolutions at City Place LLC; Revolutions of Saucon Valley LLC; Frank Entertainment Rock Hill LLC ; Frank Entertainment PSL, LLC; Frank Hospitality Saucon Valley LLC; and Galleria Cinema, LLC.

reconcile, and file objections to General Unsecured Claims, and to settle, compromise, withdraw, or litigate to judgment objections to any and all General Unsecured Claims." *See* Liquidating Trust Agreement, at section 3.3;

      **H.**    **WHEREAS**, the Modified NJ Plan provides that the Liquidating Trust is "vested with and shall retain and may enforce any and all Claims, rights, demands and Causes of Action of any kind or nature whatsoever held by, through, or on behalf of the Debtors, the Committee and/or the Estates against any other Entity . . ." *See* Modified NJ Plan, at Section V.M;[2]

      **I.**    **WHEREAS**, on February 4, 2019, the Debtor filed a Proof of Claim No. 52 in the NJ Cases for $1,462,916.00 as an unsecured claim ("Debtor's POC");

      **J.**    **WHEREAS,** the Liquidating Trustee has asserted informal objections to the FL Plan and FL Disclosure Statement;

    **NOW THEREFORE**, the Parties agree as follows:

      1.    Recitals A through J, inclusive, are true and correct and are an integral part of this Stipulation.

      2.    Notwithstanding anything to the contrary in the FL Plan, FL Disclosure Statement, or any order that may be entered in this case, the Liquidating Trust's rights under the NJ Plan as modified by the NJ Confirmation Order shall not be abrogated, reduced, or enjoined by the Debtor's  FL Plan or Confirmation Order except as expressly set forth herein.

      3.    The Liquidating Trustee shall not: (i) file a proof of claim in the FL Bankruptcy or be entitled to any claim whatsoever in the FL Bankruptcy; (ii) be entitled to any

---

[2] "Causes of Action," in turn, is broadly defined to include, among other things, all avoidance actions under Chapter 5 of the Bankruptcy Code, all "Claims, actions, causes of action . . . counterclaims and crossclaims of any Debtor and/or any of the Estates . . ." *Id.*, at Section I.A.23.

distribution as a creditor in the Debtor's chapter 11 bankruptcy case; (iii) object to either the Debtor's Disclosure Statement or Chapter 11 Plan; or (iv) otherwise seek conversion or dismissal of the FL Bankruptcy.

       4.    The Liquidating Trustee shall retain any and all rights to assert all Claims, Causes of Action (including, for the avoidance of doubt, any Claims against the Debtor arising under chapter 5 of the Bankruptcy Code), and defenses, solely for the purpose of objecting to or defending against Debtor's POC in the NJ Cases, including, but not limited to, offsetting the amounts asserted in the Debtor's POC against the Claims.  The Trustee has not waived any Claims for purposes of this paragraph by not appearing in or filing a proof of claim in the FL Bankruptcy to the extent such Claims are used defensively with respect to the Debtor's POC.

       5.    Nothing herein shall be construed as an admission or acknowledgment of any liability or wrongdoing by the Debtor, the Liquidating Trustee, or the Liquidating Trust, including with respect to the Debtor's POC.

       6.    The FL Court shall have exclusive jurisdiction and power to resolve any dispute arising out of, relating to, or deriving from this Stipulation and has the jurisdiction and power to enter a final order thereon.

Dated: , ___6/1___ 2020              BRUCE STEVEN FRANK

                                    By:_____
                                       Name:

Dated: ___6/1___, 2020          ADVISORY TRUST GROUP, IN ITS
                                       CAPACITY AS LIQUIDATING TRUSTEE
                                        OF THE FRANK THEATERS
                                        LIQUIDATING TRUST

By: <u>Steven W. Golden on behalf of Advisory</u> Trust Group

distribution as a creditor in the Debtor's chapter 11 bankruptcy case; (iii) object to either the Debtor's Disclosure Statement or Chapter 11 Plan; or (iv) otherwise seek conversion or dismissal of the FL Bankruptcy.

    4.    The Liquidating Trustee shall retain any and all rights to assert all Claims, Causes of Action (including, for the avoidance of doubt, any Claims against the Debtor arising under chapter 5 of the Bankruptcy Code), and defenses, solely for the purpose of objecting to or defending against Debtor's POC in the NJ Cases; including, but not limited to, offsetting the amounts asserted in the Debtor's POC against the Claims. The Trustee has not waived any Claims for purposes of this paragraph by not appearing in or filing a proof of claim in the FL Bankruptcy to the extent such Claims are used defensively with respect to the Debtor's POC.

    5.    Nothing herein shall be construed as an admission or acknowledgment of any liability or wrongdoing by the Debtor, the Liquidating Trustee, or the Liquidating Trust, including with respect to the Debtor's POC.

    6.    The FL Court shall have exclusive jurisdiction and power to resolve any dispute arising out of, relating to, or deriving from this Stipulation and has the jurisdiction and power to enter a final order thereon.

Dated: _____ 2020

BRUCE STEVEN FRANK

By: _____
Name:

Dated: _____, 2020

ADVISORY TRUST GROUP, IN ITS CAPACITY AS LIQUIDATING TRUSTEE OF THE FRANK THEATERS LIQUIDATING TRUST

**[Proposed Order]**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                         Case No. 19-15509-BKC-EPK

BRUCE STEVEN FRANK,                            Chapter 11

     Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE SETTLEMENT
BETWEEN BRUCE STEVEN FRANK AND ADVISORY TRUST GROUP, LLC, IN ITS
CAPACITY AS TRUSTEE OF THE FRANK THEATERS LIQUIDATING TRUST**

THIS CAUSE came on before the Court upon the Debtor's Motion to Approve

Settlement with Advisory Trust Group, LLC, in its capacity as Trustee of the Frank Theaters

Liquidating Trust (the "Motion"), filed pursuant to Local Rule 9013-1(D), and the movant by

submitting this form of order having represented that the Motion was served on all parties

required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has

expired, that no one has filed, or served on the movant, a response to the Motion, that the

form of order was attached as an exhibit to the Motion, and the Court, having considered the Motion and being otherwise duly advised in the premises, it is **ORDERED** as follows:

1.      The Motion is **GRANTED** and the Settlement Agreement attached to the Motion is **APPROVED**.

2.      The terms of the Settlement Agreement are incorporated herein.

3.      The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**###**

**Submitted by:**

Felipe Plechac-Diaz, Esq.
Leiderman Shelomith Alexander
+ Somodevilla, PLLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
fpd@lsaslaw.com

**Copies to:**

**All parties and creditors listed on the court matrix.**

**Attorney Plechac-Diaz is directed to serve copies of this order on all parties above and to file a certificate of service.**

```
Label Matrix for local noticing        ACAR Leasing LTD, Inc., d/b/a GM Financial L    Brixmor Victory Square, LLC
113C-9                                  c/o Kelley Kronenberg  Attorneys at Law        c/o Joaquin J. Alemany, Esq.
Case 19-15509-EPK                       1511 N. Westshore Blvd., Suite 400             Holland & Knight LLP
Southern District of Florida            Tampa, FL 33607-4596                           701 Brickell Avenue, Suite 3300
West Palm Beach                                                                        Miami, FL 33131-2898
Mon Jun  1 17:36:44 EDT 2020

Frank Investments, Inc.                 Investors Bank                                 Murrells Retail Associates, LLC
c/o Shraiberg, Landau & Page, PA        c/o Nelson Mullins Broad and Cassel            c/o Fowler White Burnett, PA
2385 NW Executive Center Dr., #300      2 S. Biscayne Blvd., 21st Floor                515 N Flagler Dr #2100
Boca Raton, FL 33431-8530               Miami, FL 33131-1800                           West Palm Beach, Fl 33401-4332


NEC Financial Services LLC              Palm Beach County Tax Collector                Professional Bank
c/o Mitrani, Rynor, Adamsky & Toland PA c/o Orfelia M Mayor Esq                        c/o Leyza F. Blanco, Esq.
1200 weston road                        POB 3715                                       Sequor Law
PH                                      West Palm Beach, FL 33402-3715                 1001 Brickell Bay Drive
PH                                                                                     9th Floor
Weston, FL 33326-1987                                                                  Miami, FL 33131-4937

TD Auto Finance, LLC                    The Bancorp Bank                               United Bank of Philadelphia
c/o Bertis Echols                       c/o Heather L. Ries                            c/o McElroy, Deutsch et al
1715 Aaron Brenner Dr., Suite 800       777 S. Flagler Dr #1700 W Tower                201 East Kennedy Blvd #815
Memphis, TN 38120-1445                  West Palm Beach, FL 33401-6159                 Tampa, FL 33602-5870


Water Tower Square Associates           21st Century Fox                               35 Oak US 5, Inc.
c/o Joshua W. Dobin, Esq.               2121 Avenue of the Stars # 700                 48 E Flagler St PH # 104
Meland Russin & Budwick, P.A.           Los Angeles, CA 90067-5032                     Miami, FL 33131-1012
200 S. Biscayne Blvd.
Suite 3200
Miami, FL 33131-5323

35 Oak US 5, Inc.                       35 Oak US 5, Inc.                              35 Oak US 5, Inc.
c/o Akerman LLP                         c/o D. Brett Marks, Esq.                       c/o Sprechman & Fisher, P.A.
Three Brickell City Centre              350 E. Las Olas Blvd., Suite 1600              2775 Sunny Isles Blvd # 100
98 SE 7 St # 1100                       Fort Lauderdale, FL 33301-4247                 Miami, FL 33160-4078
Miami, FL 33131-3525


ACAR Leasing LTD                        AJAX METAL BUILDING MASTER TENANT LP aka COR   Ajax Metal Building Master Tenant LP
GM Financial Leasing                    566 SOUTH BETHELEHEM PIKE                      114 Chestnut St
PO Box 183853                           FORT WASHINGTON, PA 19034-2108                 5th Floor
Arlington, TX 76096-3853                                                               Philadelphia, PA 19106-3069


Ajax Metal Building Master Tenant LP    All Star Development of Conway, LLC            Amazon Content Services LLC
c/o Glenn M. Ross, P.C.                 1003 W Indiantown Rd # 210                     POB 84188
566 S Bethlehem Pike                    Jupiter, FL 33458-6851                         Seattle, WA 98124-5488
Fort Washington, PA 19034-2108


American Express                        American Express                               American Express National Bank
Correspondence/Bankruptcy               POB 981537                                     c/o Becket and Lee LLP
POB 981540                              El Paso, TX 79998-1537                         PO Box 3001
El Paso, TX 79998-1540                                                                 Malvern  PA 19355-0701


BOTO SC Properties, LLC                 Bank of America, N.A.                          Bank of America, N.A.
c/o M. Kevin McCarrell                  4909 Savarese Cir                              P O Box 982284
Fox Rothschild LLP                      FL1-908-01-50                                  El Paso, TX 79998-2284
2 West Washington Street, Suite 1100    Tampa, FL 33634-2413
Greenville, SC 29601-2784
```

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barclays Bank Delaware
Attn: Correspondence
POB 8801
Wilmington, DE 19899-8801

Barclays Bank Delaware
POB 8803
Wilmington, DE 19899-8803

Brixmor Victory Square, LLC
450 Lexington Ave
13th Floor
New York, NY 10017-3956

Brixmor Victory Square, LLC
c/o Holland & Knight LLP
Joaquin J. Alemany, Esq.
701 Brickell Avenue, Suite 3300
Miami, FL 33131-2847

Brixmor Victory Square, LLC
c/o W. Kerry Howell, LLC
230 Third St
Macon, GA 31201-3310

Buena Vista Pictures Distribution
Legal Department
350 S Buena Vista St
Burbank, CA 91521-1233

Buena Vista Pictures Distribution
c/o ABC-Amega, Inc.
500 Seneca St # 400
Buffalo, NY 14204-1963

(p)CENTENNIAL BANK ATTN SPECIAL ASSETS
P O BOX 1028
CABOT AR 72023-1028

Centennial Bank
c/o Pineiro Byrd PLLC
4600 Military Trail # 212
Jupiter, FL 33458-4812

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chrysler Financial/TD Auto
Attn: Bankruptcy
POB 9223
Farmington Hills, MI 48333-9223

Citibank, N.A.
POB 6077
Sioux Falls, SD 57117-6077

Citibank, N.A.
POB 6241
Sioux Falls, SD 57117-6241

City Place Retail, LLC
60 Columbus Cir 19th Fl
New York, NY 10023-5802

Core Equity II, L.P.
114 Chestnut St
5th Floor
Philadelphia, PA 19106-3069

Core Equity II, L.P.
c/o Glenn M. Ross, P.C.
566 S Bethlehem Pike
Fort Washington, PA 19034-2108

Craig Ganz
c/o Ballard Spahr LLP
1 E. Washington Street
Suite 2300
Phoenix, AZ 85004-2555

Daniel C. Bruton
Bell Davis & Pitt, PA
PO Box 21029
Winston-Salem, NC 27120-1029

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Department of the Treasury
Internal Revenue Service
1973 N Rulon White Blvd
Ogden, UT 84201-0062

Department of the Treasury
Internal Revenue Service
POB 7317
Philadelphia, PA 19101-7317

Department of the Treasury
Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Destiny USA Holdings, LLC
4 Clinton Square
Syracuse, NY 13202-1078

Destiny USA Holdings, LLC
c/o Akerman, LLP
350 E Las Olas Blvd # 1600
Fort Lauderdale, FL 33301-4247

Destiny USA Holdings, LLC
c/o Young/Sommer LLC
Five Palisades Dr
Albany, NY 12205-6437

Eric A. Rosen, Esq.
Fowler White Burnett, P.A.
515 North Flagler Drive
Suite 2100
West Palm Beach, FL 33401-4332

Estate of Terry Parmet Frank
c/o Bruce Steven Frank
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

FEC Holdings, LLC
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

First Run, LLC
W3995 Kelly Rd
Lake Geneva, WI 53147-3448

Frank All Star Theatres, LLC
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

Frank All Star Theatres, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Entertainment Companies, LLC
c/o Shraiberg Landau & Page, P.A.
2385 NW Executive Center Dr # 300
Boca Raton, FL 33431-8530

Frank Entertainment Group, LLC
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

Frank Entertainment Group, LLC
c/o GrayRobinson, P.A.
515 N Flagler Dr # 1425
West Palm Beach, FL 33401-4349

Frank Entertainment Group, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Entertainment Group, LLC
c/o Shraiberg Landau & Page, P.A.
2385 NW Executive Center Dr # 300
Boca Raton, FL 33431-8530

Frank Entertainment PSL, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Entertainment Rock Hill LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Hospitality Penn Treaty, LLC
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

Frank Hospitality Saucon Valley LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Hospitality York LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Investments, Inc.
c/o Shraiberg Landau & Page, P.A.
2385 NW Executive Center Dr # 300
Boca Raton, FL 33431-8530

Frank Management LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Management, LLC
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

Frank Montgomeryville, LLC
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

Frank Theatre Group
8205 Lagoon Dr # 210
Margate City, NJ 08402-1618

Frank Theatres Bayonne/South Cove, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres Blacksburg LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres Delray, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres Inlet Square, LLC
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

Frank Theatres Kingsport LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres Kingsport, LLC
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

Frank Theatres Management, LLC
c/o Shraiberg Landau & Page, P.A.
2385 NW Executive Center Dr # 300
Boca Raton, FL 33431-8530

Frank Theatres Montgomeryville, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres Mt. Airy, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres Parkside Town Commons LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres Rio, LLC
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

Frank Theatres Rio, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres Sanford, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres Shallotte, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres Southern Pines, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres Teays Valley LLC
209 W Washington St
Charleston, WV 25302-2348

Frank Theatres Towne, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres Victory, LLC
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

Frank Theatres York, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Frank Theatres, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

GLENN M. ROSS
566 SOUTH BETHELEHEM PIKE
FORT WASHINGTON, PA 19034-2108

GM Financial
POB 100
Williamsville, NY 14231-0100

GM Financial
POB 183581
Arlington, TX 76096-3581

Galleria Cinema, LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Investors Bank
101 JFK Pkwy
Short Hills, NJ 07078-2793

Investors Bank
c/o Andrew Rohmeyer
Investors Bank
205 N. Washington Avenue
Dunellen, NJ 08812-1245

Investors Bank
c/o Dilworth Paxson LLP
1500 Market St # 3500E
Philadelphia, PA 19102-2101

JTL Rock Hill, LLC
Bank of the Ozarks
8201 Preston Rd # 700
Dallas, TX 75225-6214

James J. Webb,
c/o James J. Webb
1200 Weston Road, Third Floor
Weston, FL 33326-1987

Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147-1612

Jessica Crowder
NJ Division of Taxation
Pioneer Credit Recovery
POB 1018
Moorestown, NJ 08057-0018

Joyce Frank
392 Eagle Dr
Jupiter, FL 33477-4066

Jupiter Medical Center
1210 Old Dixie Hwy
Jupiter, FL 33458-7299

Jupiter Medical Center
POB 997
Jupiter, FL 33468-0997

Kingsport Mall, LLC
c/o R. Lee McVey II, Esq.
108 E Main St # 208
Kingsport, TN 37660-4257

Larsen Capital, LLC
638 E Atlantic Ave
Delray Beach, FL 33483-5326

Las Olas Riverfront, LP
2434 E Last Olas Blvd
Fort Lauderdale, FL 33301-1573

Las Olas Riverfront, LP
c/o Jason R. Block
Rennert Vogel Mandler & Rodriguez, PA
100 SE 2 St # 2900
Miami, FL 33131-2119

Lionsgate
2700 Colorado Ave
Santa Monica, CA 90404-5502

M. Kevin McCarrell
Fox Rothschild LLP
2 West Washington Street, Suite 1100
Greenville, SC 29601-2784

Malvern Bank, N.A.
42 E Lancaster Ave
Paoli, PA 19301-1455

Murrells Retail Associates, LLC
c/o Parker Poe Adams & Bernstein, LLP
200 Meeting St # 300
Charleston, SC 29401-3156

(p)NEC FINANCIAL SERVICES
250 PEHLE AVE
STE 704
SADDLE BROOK NJ 07663-5888

NEC Financial Services, LLC
c/o Mitrani, Rynor, Adamsky & Toland, PA
1200 Weston Rd # PH
Weston, FL 33326-1987

NEC Financial Services, LLC
c/o Romano, Garubo & Argentieri
52 Newton Ave
Woodbury, NJ 08096-4610

National Commercial Builders, Inc.
10555 Rene St
Lenexa, KS 66215-4054

National Commercial Builders, Inc.
c/o Hurvitz & Waldman LLC
1008 S New Rd
Pleasantville, NJ 08232-3730

Nehmad Perillo Davis & Goldstein, P.C.
4030 Ocean Heights Ave # 100
Egg Harbor Township, NJ 08234-7505

Newspaper Media Group
130 Twinbridge Dr
Pennsauken, NJ 08110-4202

No S Properties, LLC
135 Corporate Centre Dr # 550
Scott Depot, WV 25560-7863

No S Properties, LLC
500 Corporate Centre Dr # 550
Scott Depot, WV 25560

No S Properties, LLC
c/o Tyree, Embree & Associates, PLLC
3564 Teays Valley Rd
Hurricane, WV 25526-0319

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Oracle America, Inc.
POB 44471
San Francisco, CA 94144-4471

(c)PADULA BENNARDO LEVINE, LLP
3837 NW 2ND AVE STE 200
BOCA RATON FL  33431-5860

Paramount
5555 Melrose Ave
Los Angeles, CA 90038-3197

Professional Bank
1567 San Remo Ave
Coral Gables, FL 33146-3008

Professional Bank
396 Alhambra Cir # 255
Coral Gables, FL 33134-5022

Queensgate Partners, LP
c/o Property Mgmt Alternatives
120 N Pointe Blvd # 301
Lancaster, PA 17601-4130

Revolutions at City Place LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Revolutions at Penn Treaty, LLC
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

Revolutions of Saucon Valley LLC
c/o Lowenstein Sandler LLP
1 Lowenstein Dr
Roseland, NJ 07068-1740

Rio Mall, LLC
c/o Shraiberg Landau & Page, P.A.
2385 NW Executive Center Dr # 300
Boca Raton, FL 33431-8530

STORE Master Funding III, LLC
Craig Ganz
c/o Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004-2555

STX Entertainment
3900 W Alameda Ave
Burbank, CA 91505-4316

Saucon Valley School District
c/o Portnoff Law Associates, Ltd.
2700 Horizon Dr # 100
King of Prussia, PA 19406-2726

Sheridan Emerg Phys Srvcs, Inc
POB 80217
Philadelphia, PA 19101-1217

Sony Pictures Releasing
10202 W Washington Blvd
Culver City, CA 90232-3195

Sony Pictures Releasing
POB 840550
Dallas, TX 75284-0550

South Carolina Department of Revenue
POB 2535
Columbia, SC 29202-2535

(p)STATE OF NEW JERSEY
DIVISION OF TAXATION BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08646-0245

Store Master Funding III, LLC
8501 E Princess Dr # 190
Scottsdale, AZ 85255-5494

SunTrust Bank
Bankruptcy Dept.
P.O. Box 85092
Richmond, VA 23286-0001

Suntrust Bank Atlanta
Attn: Bankruptcy
Mail Code VA-RVW-6290
POB 85092
Richmond, VA 23286-0001

Suntrust Bank Atlanta
POB 85526
Richmond, VA 23285-5526

Superplay Development Group, LLC
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

Surrey Bank & Trust
Attn: Peter A. Pequeno, SVP
145 N Renfro St
Mount Airy, NC 27030-3834

Surrey Bank & Trust
c/o R. Bradford Leggett, Esq.
Allman Spry
Post Office Drawer 5129
Winston Salem, NC 27113-5129

Surrey Bank & Trust
c/o Richard M. Lovelace, Jr., P.A.
POB 1704
Conway, SC 29528-1704

Surrey Bank & Trust
Attn:  Linda Owen
145 North Renfro Street
Mount Airy, NC 27030-3834

Sysco Business Services
24500 Hwy 290
Cypress, TX 77429

TD Auto Finance, LLC
Attn: Bankruptcy
POB 9223
Farmington Hills, MI 48333-9223

TD Auto Finance, LLC
POB 16041
Lewiston, ME 04243-9523

TD Auto Finance, LLC
c/o Bertis Echols, Esq.
Evans Petree PC
1715 Aaron Brenner Dr # 800
Memphis, TN 38120-1445

The Bancorp Bank
405 Silverside Rd # 105
Wilmington, DE 19809-1768

The Sheehan Agency, LLC
500 University Blvd # 207
Jupiter, FL 33458-2775

Tilton Shopping Center
1003 W Indiantown Rd # 210
Jupiter, FL 33458-6851

Twentieth Century Fox Film Corp.
5799 Collection Center Dr
Chicago, IL 60693-0001

United Artist Releasing
750 N San Vicente Blvd
Red Tower E
12th Floor
West Hollywood, CA 90069-5788

United Bank of Philadelphia
30 S 15 St # 1200
Philadelphia, PA 19102-4805

United Bank of Philadelphia
McElroy, Deutsch, Mulvaney & Carpenter
1617 John F. Kennedy Blvd # 1500
Philadelphia, PA 19103-1815

Universal Film Exchanges LLC
100 Universal City Plaza
Universal City, CA 91608-1002

Universal Film Exchanges LLC
POB 848270
Dallas, TX 75284-8270

VW Credit, Inc
1401 Franklin Blvd
Libertyville, IL 60048-4460

VW Credit, Inc
Attn: Bankruptcy
POB 3
Hillboro, OR 97123-0003

VW Credit, Inc
POB 610353
Dallas, TX 75261-0353

VW Credit, Inc
POB 9013
Addison, TX 75001-9013

Walt Disney Studios Motion Pictures
500 S Buena Vista Street
Burbank, CA 91521-0001

Warner Brothers
4000 Warner Blvd
Burbank, CA 91522-0002

Water Tower Square Associates
c/o Jeffrey Kurtzman, Esq.
Kurtzman Steady, LLC
38 N Haddon Ave
Haddonfield, NJ 08033-2422

Water Tower Square Associates
c/o Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147-1612

WhiteKnight Solutions LLC
2401 NW Boca Raton Blvd
Boca Raton, FL 33431-6632

WhiteKnight Solutions LLC
4455 Military Trail # 201
Jupiter, FL 33458-4828

WhiteKnight Solutions LLC
490 Sawgrass Corporate Pkwy # 200
Sunrise, FL 33325-6252

Alan Fyne
1515 N University DR., Ste. 114
Coral Springs, FL 33071-6084

Bruce Steven Frank
392 Eagle Dr
Jupiter, FL 33477-4066

Felipe Plechac-Diaz
2699 Stirling Rd c401
Fort Lauderdale, FL 33312-6598

Harold G. Cohen
457 Haddonfield Road
Suite 700
Cherry Hill, NJ 08002-2201

Jerry R Desiderato
1500 Market Street
Suite 3500E
Philadelphia, PA 19102-2101

Jesus Gonzalez
c/o Jagzen Fincial LLC
7601 W 15th Ave
Hialeah, FL 33014-3305

Laura Ketcham
Volunteer Building, Suite 1200
Chattanooga, TN 37402

Leslie Heilman
919 N Market Street
Wilmington, DE 19801-3023

Zach B Shelomith
2699 Stirling Rd # C401
Ft Lauderdale, FL 33312-6598

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America, N.A.
POB 982238
El Paso, TX 79998

Centennial Bank
719 Harkrider St
POB 966
Conway, AR 72032

Chase Card Services
Correspondence Dept
POB 15298
Wilmington, DE 19850

De Lage Landen Financial Services, Inc.
POB 41602
Philadelphia, PA 19101-1602

Georgia Department of Revenue
Taxpayer Services Division
POB 740321
Atlanta, GA 30374-0321

NEC Financial Services, LLC
250 Pehle Ave # 704
Saddle Brook, NJ 07663

State of New Jersey
Department of the Treasury
Division of Taxation/Bankruptcy Section
POB 245
Trenton, NJ 08695-0245

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Padula Bennardo Levine, LLP
3837 NW Boca Raton Blvd # 200
Boca Raton, FL 33431

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Centennial Bank

(u)Larsen Capital, LLC

(u)West Palm Beach

(u)Centennial Bank, N.A.

(d)Professional Bank
c/o Leyza F. Blanco, Esq.
Sequor Law
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131-4937

(d)WhiteKnight Solutions, LLC
2401 NW Boca Raton Boulevard
Boca Raton, FL 33431-6632

End of Label Matrix
Mailable recipients    190
Bypassed recipients      6
Total                  196