

ORDERED in the Southern District of Florida on June 1, 2020.



              **Erik P. Kimball, Judge**
              **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                            Case No. 19-15509-BKC-EPK

BRUCE STEVEN FRANK,               Chapter 11

      Debtor.
_____/

**ORDER CONTINUING HEARING ON APPROVAL OF DISCLOSURE
STATEMENT AND SETTING DEADLINES**

THIS CAUSE came on before the Court on May 28, 2020 at 10:30 a.m., to consider approval of the Debtor's Disclosure Statement [ECF No. 220]. The Court, having been advised that the Debtor, after consultation with the Office of the United States Trustee, will be filing an Amended Disclosure Statement, believes that it is prudent to continue the hearing on the approval of the Debtor's Disclosure Statement and set certain deadlines. Therefore, it is

**ORDERED** as follows:

      1.      The Debtor shall file an Amended Disclosure Statement no later than **4:00 p.m.** on **June 4, 2020**.

2. The hearing to consider the approval of the Debtor's Disclosure Statement, as amended, is continued to **June 11, 2020** at **10:30 a.m. The hearing will be by telephone only.** The parties are instructed to consult with the Court's website, https://www.flsb.uscourts.gov, to ascertain how to appear by telephone.

3. The deadline to file and serve an objection to the Debtor's Disclosure Statement, as amended, is **June 9, 2020**.

**###**

**Submitted by:**

Zach B. Shelomith, Esq.
Leiderman Shelomith Alexander + Somodevilla, PLLC
2699 Stirling Rd # C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
zbs@lsaslaw.com

**Copies furnished to:**

Zach B. Shelomith, Esq.

Attorney Shelomith is directed to serve copies of this order on all interested parties and to file a certificate of service.