

ORDERED in the Southern District of Florida on June 25, 2020.

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                    Case No. 19-15509-BKC-EPK

BRUCE STEVEN FRANK,                       Chapter 11

      Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE SETTLEMENT
BETWEEN BRUCE STEVEN FRANK AND ADVISORY TRUST GROUP, LLC, IN ITS
CAPACITY AS TRUSTEE OF THE FRANK THEATERS LIQUIDATING TRUST**

THIS CAUSE came on before the Court upon the Debtor's Motion to Approve Settlement with Advisory Trust Group, LLC, in its capacity as Trustee of the Frank Theaters Liquidating Trust (the "Motion") [ECF No. 249], filed pursuant to Local Rule 9013-1(D), and the movant by submitting this form of order having represented that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the Motion, that the form of order was attached as an exhibit to the Motion, and the Court, having considered the Motion and being otherwise duly advised in the

premises, it is **ORDERED** as follows:

    1.    The Motion [ECF No. 249] is **GRANTED** and the Settlement Agreement attached to the Motion is **APPROVED**.

    2.    The terms of the Settlement Agreement are incorporated herein.

    3.    The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**###**

**Submitted by:**

Felipe Plechac-Diaz, Esq.
Leiderman Shelomith Alexander
+ Somodevilla, PLLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
fpd@lsaslaw.com

**Copies to:**


**Attorney Plechac-Diaz is directed to serve copies of this order on all parties in interest and to file a certificate of service with the Clerk of Court.**